UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONTHAN W GRIGSBY,

        Plaintiff,

  v.

ROBERT HOREL et al,

        Defendant.

Case Number: CV07-02566 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan W. Grigsby T-61830
Pelican Bay State Prison
B3 112
P.O. Box 7500
Crescent City, CA 95532

Dated: August 29, 2007

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk