1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5577
     Fax:  (415) 703-5843
8    Email: Jennifer.Nygaard@doj.ca.gov

9  Attorneys for Defendants F. Jacquez, G. Stewart, M.
   Foss, D. Bradbury, K. Cruse, B. Samples, R. Graves,
10 N. Threm, J. Browman, P. Smith, and R. Horel

11

12                    IN THE UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15

| JONATHAN W. GRIGSBY, | C 07-2566 CRB |
|---|---|
| Plaintiff, | DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL |
| v. | |
| ROBERT HOREL, et al., | |
| Defendants. | |

21                            **WAIVER OF REPLY**

22      Defendants F. Jacquez, G. Stewart, M. Foss, D. Bradbury, K. Cruse, B. Samples, R. Graves,

23  N. Threm, J. Browman, P. Smith, and R. Horel (Defendants) waive their right to reply to

24  Plaintiff's Complaint. Under 42 U.S.C. § 1997(e)(g):

25          (1) Any defendant may waive the right to reply to any action brought by a
            prisoner confined in any jail, prison, or other correctional facility under ...
26          Federal law. Notwithstanding any other law or rule of procedure, such a
            waiver shall not constitute an admission of the allegations contained in the
27          complaint. No relief shall be granted to the plaintiff unless a reply has been
            filed.
28

Defs.' Waiver Reply & Demand Jury Trial                    J. Grigsby v. Horel, et al.
                                                                    C 07-2566 CRB

                                      1

1  (2) The Court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to
2  prevail on the merits.

3  **DEMAND FOR JURY TRIAL**

4  In addition, Defendants demand a trial by jury in this case.

5

6  Dated: November 8, 2007

7  Respectfully submitted,

8  EDMUND G. BROWN JR.
Attorney General of the State of California

9  DAVID S. CHANEY
Chief Assistant Attorney General

10 FRANCES T. GRUNDER
Senior Assistant Attorney General

11

12 MICHAEL W. JORGENSON
Supervising Deputy Attorney General

13

14

15 JENNIFER J. NYGAARD
Deputy Attorney General

16 Attorneys for Defendants F. Jacquez, G. Stewart, M. Foss, D. Bradbury, K. Cruse, B. Samples, R. Graves, N. Threm, J.

17 Browman, P. Smith, and R. Horel

18

19 20112692.wpd
20 SF2007200773

21

22

23

24

25

26

27

28

Defs.' Waiver Reply & Demand Jury Trial

*J. Grigsby v. Horel, et al.*
C 07-2566 CRB