1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    JONATHAN W. GRIGSBY,                    )
                                             )
11            Plaintiff(s),                  )          No. C 07-2566 CRB (PR)
                                             )
12    v.                                     )          ORDER
                                             )
13    ROBERT HOREL, et al.,                  )          (Docs # 19, 20, 21, 22, 23,
                                             )          24, 25 & 37)
14            Defendant(s).                  )
      _____ )

15

16            While plaintiff was incarcerated at Pelican Bay State Prison ("PBSP"), he

17    filed a pro se complaint under 42 U.S.C. § 1983 alleging violations of his Eight

18    Amendment and due process rights in connection with his 30-day placement in

19    administrative segregation pending a hearing on disciplinary charges.

20            Per order filed on August 28, 2007, the court found that plaintiff's

21    allegations appeared to state cognizable claims for relief under § 1983, when

22    liberally construed, and ordered the United States Marshal to serve the named

23    defendants.

24            Plaintiff, who is now incarcerated at Salinas Valley States Prison

25    ("SVSP"), has since filed numerous ex parte motions seeking everything from a

26    status report to the return of documents and property not related to this case.  The

27    motions (docs # 19, 20, 21, 22, 23, 24, 25 & 37) are DENIED as premature

28    and/or for lack of merit.

1        The court will not entertain any further motions by plaintiff in this case

2    unless the motions pertain to this case and are accompanied by a certificate of

3    service showing that they were serve on defendants, as required by Federal Rule

4    of Civil Procedure 5.

5    SO ORDERED.

6    DATED:  Nov. 16, 2007

7                                                CHARLES R. BREYER
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    G:\PRO-SE\CRB\CR.07\Grigsby1.or1.wpd                    2