Case 3:07-cv-02566-CRB   Document 45-2   Filed 11/26/2007   Page 1 of 11

# EXHIBIT A

Pelican Bay State Prison                                                                                          10/23/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T61830 | GRIGSBY, J | A-BLD 5 | VISITING | PBSP-A- | |
| Informal Review: Received: 12/08/2003 | | Due: | | PBSP-A-03-03355 | |
| T61830 | GRIGSBY, J | A-BLD 5 | WORK INCENTIVE | | |
| Level II Review: Received: 12/08/2003 | | Due: 01/30/2004 | Completed: 12/15/2003 Disposition: DENIED | | |
| | | | Completed: 01/30/2004 Disposition: DENIED | | |
| T61830 | GRIGSBY, J | A-BLD 4 | LIVING CONDITIONS | PBSP-A-04-00823 | |
| Informal Review: Received: 03/16/2004 | | Due: 03/29/2004 | Completed: 03/16/2004 Disposition: DENIED | | |
| Level I Review: Received: 04/01/2004 | | Due: 05/19/2004 | Completed: 05/26/2004 Disposition: DENIED | | |
| T61830 | GRIGSBY, J | A-BLD 5 | PROGRAM | PBSP-A- | |
| Informal Review: Received: 04/10/2004 | | Due: 04/23/2004 | Completed: 04/10/2004 Disposition: DENIED | | |
| T61830 | GRIGSBY, J | AD SEG | SEGREGATION HEARINGS | PBSP-S- | |
| Informal Review: Received: 06/24/2004 | | Due: 07/09/2004 | Completed: 06/24/2004 Disposition: DENIED | | |
| T61830 | GRIGSBY, J | AD SEG | TRANSFER | PBSP-S- | |
| Informal Review: Received: 07/09/2004 | | Due: 07/23/2004 | Completed: 07/09/2004 Disposition: DENIED | | |
| T61830 | GRIGSBY, J | AD SEG | LIVING CONDITIONS | PBSP-S- | |
| Informal Review: Received: 07/09/2004 | | Due: 07/23/2004 | Completed: 07/09/2004 Disposition: CANCELLED | | |
| T61830 | GRIGSBY, J | MEDICAL | MEDICAL | PBSP-S-04-02061 | |
| Informal Review: Received: 07/23/2004 | | Due: 08/06/2004 | Completed: 07/23/2004 Disposition: DENIED | | |
| T61830 | GRIGSBY, J | AD SEG | CUSTODY/CLASS. | PBSP-S- | |
| Level I Review: Received: 08/04/2004 | | Due: 09/16/2004 | Completed: 09/22/2004 Disposition: GRANTED | | |
| T61830 | GRIGSBY, J | AD SEG | STAFF COMPLAINTS | PBSP-S-04-02094 | |
| Level I Review: Received: 08/10/2004 | | Due: 09/22/2004 | Completed: 09/22/2004 Disposition: DENIED | | |
| T61830 | GRIGSBY, J | AD SEG | SEGREGATION HEARINGS | PBSP-S- | |

Page: 1

Pelican Bay State Prison                                                                                          10/23/2007

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T61830 | GRIGSBY, J | Informal Review: Received: 08/05/2004 | Due: 08/19/2004 | Completed: 08/05/2004 | Disposition: GRANTED IN PART | PBSP-S- |
| T61830 | GRIGSBY, J | AD SEG | CUSTODY/CLASS. | PBSP-S- | |
| T61830 | GRIGSBY, J | AD SEG | DISCIPLINARY | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 5 | STAFF COMPLAINTS | PBSP-S- | |
| T61830 | GRIGSBY, J | AD SEG | DISCIPLINARY | | |
| | Informal Review: Received: 08/23/2004 | Due: 09/07/2004 | Completed: 08/23/2004 | Disposition: GRANTED IN PART | |
| T61830 | GRIGSBY, J | MEDICAL | MEDICAL | PBSP-B-04-02565 | |
| | Informal Review: Received: 09/02/2004 | Due: 09/17/2004 | Completed: 09/02/2004 | Disposition: DENIED | |
| | Level I Review: Received: 10/01/2004 | Due: 11/16/2004 | Completed: 11/10/2004 | Disposition: GRANTED IN PART | |
| | Level II Review: Received: 12/15/2004 | Due: 01/12/2005 | Completed: 01/18/2005 | Disposition: DENIED | |
| | Level III Review: | | Completed: 05/12/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | MEDICAL | MEDICAL | PBSP-B-04-02433 | |
| | Informal Review: Received: 08/03/2004 | Due: 08/17/2004 | Completed: 08/03/2004 | Disposition: DENIED | |
| | Level I Review: Received: 09/15/2004 | Due: 10/28/2004 | Completed: 10/13/2004 | Disposition: GRANTED | |
| T61830 | GRIGSBY, J | B-BLD 5 | PROPERTY | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 5 | PROGRAM | PBSP-B- | |
| | Informal Review: Received: 09/14/2004 | Due: 09/28/2004 | Completed: 09/14/2004 | Disposition: GRANTED | |
| T61830 | GRIGSBY, J | B-BLD 5 | STAFF COMPLAINTS | PBSP-B-04-02743 | |
| | Level I Review: Received: 10/21/2004 | Due: 12/07/2004 | Completed: 11/30/2004 | Disposition: DENIED | |
| | Level II Review: Received: 12/03/2004 | Due: 12/31/2004 | Completed: 01/14/2005 | Disposition: DENIED | |
| | Level III Review: | | Completed: 05/03/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 5 | STAFF COMPLAINTS | PBSP-B-04-02740 | |
| | Level I Review: Received: 10/22/2004 | Due: 12/08/2004 | Completed: 11/30/2004 | Disposition: DENIED | |

Pelican Bay State Prison

10/23/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T61830 | GRIGSBY, J | B-BLD 5 | CASE INFO./RECORDS | PBSP-B- | |
| Informal Review: | Received: 09/30/2004 | Due: 10/15/2004 | Completed: 09/30/2004 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 5 | ADA | PBSP-B-04-02821 | |
| Level I Review: | Received: 11/04/2004 | Due: 11/30/2004 | Completed: 11/30/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 12/21/2004 | Due: 01/04/2005 | Completed: 02/01/2005 | Disposition: CANCELLED | |
| T61830 | GRIGSBY, J | B-BLD 5 | STAFF COMPLAINTS | PBSP-B-04-02998 | |
| Level I Review: | Received: 12/03/2004 | Due: 01/14/2005 | Completed: 12/29/2004 | Disposition: DENIED | |
| Level II Review: | Received: 01/12/2005 | Due: 02/10/2005 | Completed: 02/15/2005 | Disposition: DENIED | |
| Level III Review: | | | Completed: 05/20/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 5 | LIVING CONDITIONS | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 5 | LEGAL | PBSP-B-04-02897 | |
| Informal Review: | Received: 09/30/2004 | Due: 10/15/2004 | Completed: 09/30/2004 | Disposition: DENIED | |
| Level I Review: | Received: 11/10/2004 | Due: 12/27/2004 | Completed: 01/04/2005 | Disposition: GRANTED IN PART | |
| T61830 | GRIGSBY, J | B-BLD 5 | OTHER | PBSP-B- | |
| Informal Review: | Received: 11/09/2004 | Due: 11/24/2004 | Completed: 11/09/2004 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 5 | LEGAL | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 5 | CUSTODY/CLASS. | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 5 | OTHER | PBSP-B- | |
| T61830 | GRIGSBY, J | STAFF COMPLAINT | STAFF COMPLAINTS | PBSP-B-05-00005 | |
| Level I Review: | Received: 01/04/2005 | Due: 02/16/2005 | Completed: 04/05/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 5 | DISCIPLINARY | PBSP-B- | |
| T61830 | GRIGSBY, J | MAILROOM | MAIL | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 5 | OTHER | PBSP-B- | |

Page: 3

Pelican Bay State Prison                                                                                               10/23/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II

#### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T61830 | GRIGSBY, J | B-BLD 5 | MEDICAL | PBSP-B-05-00795 | |
| | Informal Review: Received: 12/29/2004 | Due: 01/12/2005 | Completed: 12/29/2004 | Disposition: DENIED | |
| | Level I Review: Received: 03/18/2005 | Due: 05/02/2005 | Completed: 05/10/2005 | Disposition: GRANTED | |
| T61830 | GRIGSBY, J | B-BLD 5 | PROPERTY | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 5 | DISCIPLINARY | PBSP-B-05-00567 | |
| | Level II Review: Received: 03/02/2005 | Due: 04/14/2005 | Completed: 04/18/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 5 | LEGAL | PBSP-B-05-00680 | |
| | Level I Review: Received: 03/14/2005 | Due: 04/26/2005 | Completed: 04/13/2005 | Disposition: DENIED | |
| | Level II Review: Received: 04/18/2005 | Due: 05/16/2005 | Completed: 06/03/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 5 | DISCIPLINARY | PBSP-B-05-00177 | |
| | Level I Review: Received: 01/21/2005 | Due: 03/07/2005 | Completed: 02/25/2005 | Disposition: DENIED | |
| | Level II Review: Received: 03/01/2005 | Due: 03/29/2005 | Completed: 04/06/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 5 | DISCIPLINARY | PBSP-B-05-00568 | |
| | Level II Review: Received: 03/02/2005 | Due: 04/14/2005 | Completed: 04/18/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | MAILROOM | MAIL | PBSP-B-05-00611 | |
| | Informal Review: Received: 03/07/2005 | Due: 03/21/2005 | Completed: 03/07/2005 | Disposition: DENIED | |
| | Level I Review: Received: 03/08/2005 | Due: 04/20/2005 | Completed: 04/19/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 6 | CUSTODY/CLASS. | PBSP-B-05-01070 | |
| | Level I Review: Received: 04/15/2005 | Due: 05/27/2005 | Completed: 05/09/2005 | Disposition: GRANTED IN PART | |
| T61830 | GRIGSBY, J | B-BLD 6 | DISCIPLINARY | PBSP-B-05-00931 | |
| | Level II Review: Received: 04/01/2005 | Due: 05/13/2005 | Completed: 06/03/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | A-BLD 2 | LIVING CONDITIONS | PBSP-A- | |
| T61830 | GRIGSBY, J | A-BLD 2 | CUSTODY/CLASS. | PBSP-A- | |

Page: 4

Pelican Bay State Prison                                                                 10/23/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T61830 | GRIGSBY, J | | | | |
| Informal Review: | Received: 05/13/2005 | Due: 05/27/2005 | Completed: 05/13/2005 | Disposition: DENIED | |
| | | A-BLD 2 | PROGRAM | PBSP-A- | |
| T61830 | GRIGSBY, J | | | | |
| Informal Review: | Received: 06/21/2005 | Due: 07/06/2005 | Completed: 06/21/2005 | Disposition: DENIED | |
| | | A-BLD 2 | PROPERTY | PBSP-A- | |
| T61830 | GRIGSBY, J | | | | |
| Informal Review: | Received: 06/20/2005 | Due: 07/05/2005 | Completed: 06/20/2005 | Disposition: DENIED | |
| | | A-BLD 1 | STAFF COMPLAINTS | PBSP-S-05-01994 | |
| T61830 | GRIGSBY, J | | | | |
| Level I Review: | Received: 08/16/2005 | Due: 09/28/2005 | Completed: 09/26/2005 | Disposition: WITHDRAWN | |
| | | AD SEG | STAFF COMPLAINTS | PBSP-S-05-02229 | |
| T61830 | GRIGSBY, J | | | | |
| Level I Review: | Received: 09/02/2005 | Due: 10/18/2005 | Completed: 10/19/2005 | Disposition: WITHDRAWN | |
| | | MEDICAL | MEDICAL | PBSP-S- | |
| T61830 | GRIGSBY, J | | | | |
| | Received: 09/08/2005 | AD SEG | CUSTODY/CLASS. | PBSP-S- | |
| Informal Review: | Received: 09/08/2005 | Due: 09/22/2005 | Completed: 09/08/2005 | Disposition: DENIED | |
| | | MEDICAL | MEDICAL | PBSP-S-05-02443 | |
| T61830 | GRIGSBY, J | | | | |
| Informal Review: | Received: 08/19/2005 | Due: 09/02/2005 | Completed: 08/19/2005 | Disposition: DENIED | |
| | | AD SEG | PROPERTY | PBSP-S- | |
| T61830 | GRIGSBY, J | | | | |
| Level I Review: | Received: 09/19/2005 | Due: 10/31/2005 | Completed: 12/23/2005 | Disposition: DENIED | |
| | | AD SEG | STAFF COMPLAINTS | PBSP-S-05-02610 | |
| T61830 | GRIGSBY, J | | | | |
| Level I Review: | Received: 10/25/2005 | Due: 12/08/2005 | Completed: 12/27/2005 | Disposition: DENIED | |
| | | A-BLD 1 | LEGAL | PBSP-S- | |
| T61830 | GRIGSBY, J | | | | |
| Level II Review: | Received: 10/17/2005 | Due: 11/30/2005 | Completed: 12/12/2005 | Disposition: DENIED | |
| | | AD SEG | DISCIPLINARY | PBSP-S-05-02664 | |
| T61830 | GRIGSBY, J | | | | |
| Level II Review: | Received: 10/19/2005 | Due: 12/02/2005 | Completed: 12/12/2005 | Disposition: GRANTED IN PART | |
| | | AD SEG | DISCIPLINARY | PBSP-A-05-02690 | |

Page: 5

Pelican Bay State Prison                                                                                         10/23/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T61830 | GRIGSBY, J | AD SEG | STAFF COMPLAINTS | PBSP-S- | |
| T61830 | GRIGSBY, J | AD SEG | DISCIPLINARY | PBSP-S-05-02720 | |
| Level II Review: | Received: 10/21/2005 | Due: 12/07/2005 | Completed: 12/06/2005 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 03/28/2006 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | AD SEG | DISCIPLINARY | PBSP-S-05-03086 | |
| Level II Review: | Received: 12/09/2005 | Due: 01/25/2006 | Completed: 02/01/2006 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | USE OF FORCE | STAFF COMPLAINTS | PBSP-S-05-02829 | |
| Level II Review: | Received: 11/17/2005 | Due: 01/04/2006 | Completed: 12/30/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | A-BLD 1 | CASE INFO./RECORDS | PBSP-S- | |
| T61830 | GRIGSBY, J | A-BLD 1 | PROGRAM | PBSP-A- | |
| T61830 | GRIGSBY, J | A-BLD 1 | SEGREGATION HEARINGS | PBSP-S- | |
| T61830 | GRIGSBY, J | A-BLD 1 | CASE INFO./RECORDS | PBSP-A- | |
| T61830 | GRIGSBY, J | A-BLD 1 | DISCIPLINARY | PBSP-A-06-00149 | |
| Level II Review: | Received: 01/20/2006 | Due: 03/07/2006 | Completed: 03/09/2006 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | A-BLD 1 | LIVING CONDITIONS | PBSP-A- | |
| Informal Review: | Received: 11/17/2005 | Due: 12/05/2005 | Completed: 11/17/2005 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | A-BLD 1 | LEGAL | PBSP-S- | |
| T61830 | GRIGSBY, J | A-BLD 1 | CUSTODY/CLASS. | PBSP-S- | |
| T61830 | GRIGSBY, J | A-BLD 1 | DISCIPLINARY | PBSP-A- | |
| Informal Review: | Received: 02/14/2006 | Due: 02/14/2006 | Completed: 02/14/2006 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 2 | SEGREGATION HEARINGS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 2 | DISCIPLINARY | PBSP-P- | |

Pelican Bay State Prison                                                                                                   10/23/2007

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T61830 | GRIGSBY, J | B-BLD 2 | STAFF COMPLAINTS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 2 | SEGREGATION HEARINGS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 2 | STAFF COMPLAINTS | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 2 | DISCIPLINARY | PBSP-P-06-00696 | |
| Level II Review: | Received: 04/03/2006 | Due: 05/15/2006 | Completed: 05/12/2006 | Disposition: DENIED | |
| Level III Review: | | | Completed: 07/27/2006 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 2 | STAFF COMPLAINTS | PBSP-B-06-00728 | |
| Level II Review: | Received: 04/17/2006 | Due: 05/30/2006 | Completed: 05/24/2006 | Disposition: GRANTED IN PART | |
| T61830 | GRIGSBY, J | A-BLD 1 | PROPERTY | PBSP-S- | |
| T61830 | GRIGSBY, J | A-BLD 1 | LIVING CONDITIONS | PBSP-S-06-00986 | |
| Level I Review: | Received: 05/04/2006 | Due: 06/16/2006 | Completed: 06/08/2006 | Disposition: GRANTED IN PART | |
| T61830 | GRIGSBY, J | B-BLD 2 | PROGRAM | PBSP-P- | |
| T61830 | GRIGSBY, J | A-BLD 1 | MEDICAL | PBSP-A- | |
| T61830 | GRIGSBY, J | A-BLD 1 | DISCIPLINARY | PBSP-S-06-00895 | |
| Level II Review: | Received: 04/26/2006 | Due: 06/08/2006 | Completed: 06/08/2006 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | A-BLD 1 | SEGREGATION HEARINGS | PBSP-A- | |
| T61830 | GRIGSBY, J | B-BLD 1 | SEGREGATION HEARINGS | PBSP-P-06-01243 | |
| Level I Review: | Received: 06/02/2006 | Due: 07/17/2006 | Completed: 07/05/2006 | Disposition: GRANTED IN PART | |
| T61830 | GRIGSBY, J | B-BLD 1 | SEGREGATION HEARINGS | PBSP-P-06-01937 | |
| Level I Review: | Received: 08/14/2006 | Due: 09/26/2006 | Completed: 10/04/2006 | Disposition: DENIED | |
| Level II Review: | Received: 10/26/2006 | Due: 11/28/2006 | Completed: 12/01/2006 | Disposition: DENIED | |
| Level III Review: | | | Completed: 03/16/2007 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 1 | MAIL | PBSP-P-06-02084 | |

Pelican Bay State Prison  
10/23/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| | Informal Review: | Received: 08/21/2006 | Due: 09/05/2006 | Completed: 08/21/2006 | Disposition: GRANTED IN PART |
| | Level I Review: | Received: 08/23/2006 | Due: 10/05/2006 | Completed: 09/20/2006 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 09/28/2006 | Due: 10/27/2006 | Completed: 10/27/2006 | Disposition: GRANTED IN PART |
| | Level III Review: | | | Completed: 01/17/2007 | Disposition: DENIED |
| T61830 | GRIGSBY, J | A-BLD 1 | OTHER | PBSP-S- | |
| T61830 | GRIGSBY, J | B-BLD 1 | STAFF COMPLAINTS | PBSP-P-06-02531 | |
| | Level I Review: | Received: 10/12/2006 | Due: 01/26/2007 | Completed: 01/23/2007 | Disposition: DENIED |
| T61830 | GRIGSBY, J | B-BLD 1 | CUSTODY/CLASS. | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | CUSTODY/CLASS. | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | FUNDS | PBSP-P-06-02891 | |
| | Level I Review: | Received: 11/13/2006 | Due: 12/28/2006 | Completed: 12/28/2006 | Disposition: DENIED |
| | Level II Review: | Received: 01/08/2007 | Due: 02/06/2007 | Completed: 02/06/2007 | Disposition: DENIED |
| T61830 | GRIGSBY, J | B-BLD 1 | STAFF COMPLAINTS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | STAFF COMPLAINTS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | MAIL | PBSP-E-06-02888 | |
| | Level I Review: | Received: 11/13/2006 | Due: 12/28/2006 | Completed: 11/29/2006 | Disposition: DENIED |
| | Level II Review: | Received: 12/04/2006 | Due: 01/03/2007 | Completed: 01/10/2007 | Disposition: CANCELLED |
| T61830 | GRIGSBY, J | B-BLD 1 | CASE INFO./RECORDS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | CASE INFO./RECORDS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | MAIL | PBSP-P-06-03230 | |
| | Level I Review: | Received: 12/21/2006 | Due: 02/06/2007 | Completed: 01/16/2007 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 01/19/2007 | Due: 02/20/2007 | Completed: 02/16/2007 | Disposition: DENIED |
| | Level III Review: | | | Completed: 05/18/2007 | Disposition: DENIED |

Page: 8

Pelican Bay State Prison                                                                                          10/23/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II
#### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T61830 | GRIGSBY, J | B-BLD 1 | CASE INFO./RECORDS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | CASE INFO./RECORDS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | CASE INFO./RECORDS | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | FUNDS | PBSP-P-07-00021 | |
| Informal Review: | Received: 01/02/2007 | Due: 01/02/2007 | Completed: 01/02/2007 | Disposition: DENIED | |
| Level I Review: | Received: 01/04/2007 | Due: 03/06/2007 | Completed: 03/26/2007 | Disposition: DENIED | |
| Level II Review: | Received: 03/28/2007 | Due: 04/25/2007 | Completed: 04/23/2007 | Disposition: SCREENED OUT | |
| T61830 | GRIGSBY, J | B-BLD 1 | STAFF COMPLAINTS | PBSP-P-07-00324 | |
| Level II Review: | Received: 02/08/2007 | Due: 03/26/2007 | Completed: 03/21/2007 | Disposition: DENIED | |
| Level III Review: | | | Completed: 07/12/2007 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 1 | MAIL | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | LEGAL | PBSP-P- | |
| T61830 | GRIGSBY, J | B-BLD 1 | MAIL | PBSP-P-07-00611 | |
| Level I Review: | Received: 03/13/2007 | Due: 04/24/2007 | Completed: 04/17/2007 | Disposition: DENIED | |
| Level II Review: | Received: 04/27/2007 | Due: 05/25/2007 | Completed: 05/07/2007 | Disposition: DENIED | |
| Level III Review: | | | Completed: 08/07/2007 | Disposition: DENIED | |
| T61830 | GRIGSBY, J | B-BLD 3 | CUSTODY/CLASS. | PBSP-E- | |
| T61830 | GRIGSBY, J | B-BLD 2 | MAIL | PBSP-E- | |
| T61830 | GRIGSBY, J | B-BLD 2 | ADA | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 3 | MAIL | PBSP-E- | |
| T61830 | GRIGSBY, J | B-BLD 3 | CUSTODY/CLASS. | PBSP-E- | |
| T61830 | GRIGSBY, J | B-BLD 3 | ADA | PBSP-E- | |
| T61830 | GRIGSBY, J | B-BLD 3 | MAIL | PBSP-E-07-01519 | |

Page: 9

Pelican Bay State Prison                                                                 10/23/2007

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| | Informal Review: | Received: 07/03/2007 | Due: 07/03/2007 | Completed: 07/03/2007 | Disposition: DENIED |
| | Level I Review: | Received: 07/10/2007 | Due: 08/21/2007 | Completed: 08/27/2007 | Disposition: DENIED |
| | Level II Review: | Received: 09/17/2007 | Due: 10/16/2007 | Completed: 10/12/2007 | Disposition: GRANTED IN PART |
| T61830 | GRIGSBY, J | B-BLD 3 | PROPERTY | PBSP-B- | |
| T61830 | GRIGSBY, J | B-BLD 3 | WORK INCENTIVE | PBSP-E- | |
| T61830 | GRIGSBY, J | B-BLD 3 | DISCIPLINARY | PBSP-E- | |
| T61830 | GRIGSBY, J | B-BLD 3 | PROPERTY | PBSP-E- | |
| T61830 | GRIGSBY, J | B-BLD 3 | MAIL | PBSP-E- | |
| T61830 | GRIGSBY, J | A-BLD 1 | SEGREGATION HEARINGS | PBSP-A- | |
| T61830 | GRIGSBY, J | INFIRMARY | CASE INFO./RECORDS | PBSP-0- | |

**Total: 120**

Page: 10