# EXHIBIT D

Ms. Davis ~~Inmate Appeal~~ Psych. Dept.  8/17  Disagrees w/ proposed result

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region: **PBSP**    Log No.: **S05-02943**    Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Jonathan Grigsby | T-01830 | | A1-223 Low |

**A. Describe Problem:** Yesterday 8-12-05 Ms. Davis told me Sacramento said I don't need a mental health assessment and I have a assault on correctional officers and I'm on psych meds and told my psych Mr. Butler I was hearing voices and officer provoking me into a fight. She looks at my 115 and says Sacramento says you don't need one? I'm CCCMS and I been since 2001 not until I got here have I had so many issues. I want to know why me telling psych having problems with officer when we fight its a surprise after harass

If you need more space, attach one additional sheet. I also went suicidal and she refuse me to go 8-12-05 mt.

**B. Action Requested:** Ms. Davis need to learn she cant make decisions based on her on like or dislike for me. She has prevented me from the help I need so she need to reminded her job by her boss or I'll tell her through a board of state appeal complaint so she needs to change her attitude.

Inmate/Parolee Signature: Jonathan Grigsby    Date Submitted: 8-14-05

**C. INFORMAL LEVEL** (Date Received: ____)    Denied    10 days informal response needed
received 8/19/05 2:30PM

Staff Response:
1) You were told that, per policy, CCCMS program participants will be referred for a mental health assessment for "bizarre, unusual or uncharacteristic behavior." 2.) When you were assessed by me, after asking me about the 115, you were referred to Dr. Yoga___

Staff Signature: B. Davis CCII    Date Returned to Inmate: 8/19/05    Received 8-26-05 not 8-19-05

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Mrs. Saville or Dr. Douglas This woman is a liar she never gave me a mental health assessment on 8-13-05 I ask Davis who was with Yo Dxxx whos witness she told me Sacramento said I dont need a mental health asses I said how would Sacramento know of me and my 115 from 8-10-05 ask her why

Signature: Jonathan Grigsby    Date Submitted: 8-28-05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

Would she say I dont need a mental health assessment and I'm on med for voices and depression and I tell Butler about my voices to have them giving me meditation get into a fight with officers of ccm ___ ___ in ___ assaulted and harassed

SEP 27 2005 PBSP    CDC Appeal Number:    NFRD #2

First Level  ☐ Granted  ☐ P. Granted  ☑ Denied  ☐ Other _____
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __9/19/05__ Due Date: __11/1/05__
Interviewed by: Inmate interviewed on 12-21-05, appeal denied, however inmate requested an evaluation which will be scheduled and an RVR for the 115 which brought him to Ad Seg if it has not already been completed.

Staff Signature: _____  Title: Sr. Psychologist  Date Completed: 12-21-05
Division Head Approved:
Signature: _____  Title: WENDY SAVILLE, M.D. PSYCHIATRIST, PBSP  Date Returned to Inmate: 12/23/05

F. If dissatisfied, explain reasons for requesting a Second Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: _____  Date Submitted: _____

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____  Due Date: _____
☐ See Attached Letter

Signature: _____  Date Completed: _____
Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

D: Formal level

As usual, games are being played with me on 8-12-05 as Ms. Davis was making her rounds I asked why I didn't have a mental health assessment on my 115? And Dr. Douglas said Ms. Tokcar was suppose to take care of that. So Ms. Davis is a liar because she never gave me a mental health assessment pertaining to my assault of peace officer or read my medical file? This issue she is talkin about has nothing to do with my 115 issue she is talkin in riddles because I went suicidal because of the stressing and pressure of constantly harassed and taking off my meds for no reason? And Ms. Davis told people I wasnt in need of care and they sent a psychiatrist who didnt give me my med or send me to infirmary. Which 4 days later I was put back on meds and told by Second in command Dr. Douglas Ms. Tokcar was suppose to give me a mental health assessment and she been listening to Ms. Davis who is a malice person is not in contact with me or my issues unless she talks to me and she never has except for time she refuse me going to infirmary to see Dr. Douglas.