EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5577
  Fax: (415) 703-5843
  Email: Jennifer.Nygaard@doj.ca.gov

Attorneys for Defendants F. Jacquez, G. Stewart, M. Foss, D. Bradbury, K. Cruse, B. Samples, R. Graves, N. Threm, J. Browman, P. Smith, and R. Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>                        Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>                        Defendants. | C 07-2566 CRB<br><br>**DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, N. GRANNIS, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Inmate Appeals Branch. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to Dismiss.

2. I am familiar with the sections of Title 15 of the California Code of Regulations that govern an inmate appeal. Section 3084.5 describes the levels of appeal that are available to an inmate. Section 3084.5(e)(2) provides that "[t]hird level review constitutes the director's

decision on an appeal, and shall be conducted by a designated representative of the Director under supervision of the chief, inmate appeals."

3. The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has proceeded through the final level of review, the Director's Level. When an appeal is received by the Inmate Appeals Branch and is accepted for review, it is given a Director's Level log number and entered into the computer system. The computer system was commenced in 1993. The following information is kept in the electronic record: appeal log number, the category (nature/subject) of the appeal, institutional log numbers, inmate's name and CDCR number, the institution where the appeal arose, the date that the appeal is received and closed, and the final disposition of the appeal.

4. A search of the computerized system has been conducted for inmate Jonathan Grigsby, CDCR No. T-61830. A true and correct copy of the Director's Level appeals print-out for Jonathan Grigsby is attached as Exhibit A.

5. The record indicates that the Director's Level of Review received nineteen inmate appeals from inmate Grigsby between July 10, 2005, the date inmate Grigsby alleges in his Complaint that he was placed in administrative segregation, and May 15, 2007, the date inmate Grigsby filed this action in the United States District Court for the Northern District of California. Six of these appeals were accepted for Director's Level review. These six originated from Pelican Bay State Prison, and have the following institutional log numbers: 05-02720, 06-00696, 06-02084, 06-01937, 06-03230, and 07-00324.

6. Inmate appeal number 05-02720 was received at the Director's Level on January 9, 2006, and was related to a Rules Violation Report hearing on October 14, 2005, for Grigsby's harassment of a staff member, B. Davis. This inmate appeal was denied on March 28, 2006. A true and correct copy of appeal number 05-02720 is attached as Exhibit B.

7. Inmate appeal number 06-00696 was received at the Director's Level on May 19, 2006, and was related to a Rules Violation Report dated February 1, 2006, for "Harassment through Mail or Other Means." This inmate appeal was denied on July 27, 2006. A true and correct copy of appeal number 06-00696 is attached as Exhibit C.

8. Inmate appeal number 06-02084 was received at the Director's Level on November 3, 2006, and was related to Grigsby's concern that his legal mail was being opened. This inmate appeal was denied on January 17, 2007. A true and correct copy of appeal number 06-02084 is attached as Exhibit D.

9. Inmate appeal number 06-01937 was received at the Director's Level on December 26, 2006. This appeal was related to: 1) the calculation of Grigsby's Minimum Eligible Release Date (MERD); 2) Grigsby being found guilty of a July 10, 2005 Rules Violation Report for Battery on a Peace Officer with Serious Injury when a December 29, 2005 Classification Services Representative review allegedly was of the opinion that the findings did not support the charge of 'serious injury'; 3) Grigsby's claim that the charge of Battery on a Peace Officer with Serious Injury could not result in a Security Housing Unit (SHU) term assessment; and 4) Grigsby's allegation that the initial SHU term was inaccurate and that therefore all subsequent MERD dates were incorrect. This inmate appeal was denied on March 16, 2007. A true and correct copy of appeal number 06-01937 is attached as Exhibit E.

10. Inmate appeal number 06-03230 was received at the Director's Level on March 7, 2007, and concerned an issue related to mail. This inmate appeal was denied May 18, 2007. A true and correct copy of appeal number 06-03230 is attached as Exhibit F.

11. Inmate appeal number 07-00324 was received at the Director's Level on April 16, 2007, and was related to a staff complaint. This appeal was denied on July 12, 2007. A true and correct copy of appeal number 07-00324 is attached as Exhibit G.

12. Thirteen of the appeals received at the Director's Level of Review between July 10, 2005, and May 15, 2007, were screened out. One of the appeals was screened out because it was a duplicate of an appeal that was already being processed. Nine of the appeals were screened out because they had not been completed through the Second Level. One appeal was screened out because it should have been addressed by filing on a CDC Form 602 (inmate appeal form). One appeal was screened out because it was not an original appeal. And, another appeal was screened

///

///

Decl. of N. Grannis Supp. Defs.' Mot. to Dismiss     J. Grigsby v. Horel, et al.
C 07-2566 CRB

3

out because it was not timely submitted within fifteen working days, and it was not an original appeal.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on November 16 2007, at Sacramento, California.

*signature*
N. GRANNIS
Chief, Inmate Appeals Branch

Decl. of N. Grannis Supp. Defs.' Mot. to Dismiss                    J. Grigsby v. Horel, et al.
                                                                    C 07-2566 CRB

4