Case 3:07-cv-02566-CRB   Document 46-2   Filed 11/26/2007   Page 1 of 5

# EXHIBIT A

Inmate Appeals Branch                                                                                    10/10/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

**Appellant Appeal History**

**CDCR Number:** T61830

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | | | |
|---|---|---|---|---|---|---|---|---|
| T61830 | GRIGSBY, JONATHAN | SVSP | 09/26/2007 | | | | | |

### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0408001 | STAFF COMPLAINTS | Prior to subcategory | 02/08/2005 | PBSP-04-02743 PBSP-04-02740 | 05/05/2005 | 05/03/2005 | DENIED |
| 0408689 | STAFF COMPLAINTS | Prior to subcategory | 03/02/2005 | PBSP-04-02998 | 05/26/2005 | 05/20/2005 | DENIED |
| 0408730 | MEDICAL | Prior to subcategory | 03/02/2005 | PBSP-04-02565 | 05/26/2005 | 05/12/2005 | DENIED |
| 0507354 | DISCIPLINARY | Prior to subcategory | 01/09/2006 | PBSP-05-02720 | 04/07/2006 | 03/28/2006 | DENIED |
| 0513632 | DISCIPLINARY | Prior to subcategory | 05/19/2006 | PBSP-06-00696 | 08/15/2006 | 07/27/2006 | DENIED |
| 0605359 | MAIL | Prior to subcategory | 11/03/2006 | PBSP-06-02084 | 02/01/2007 | 01/17/2007 | DENIED |
| 0607469 | SEGREGATION HEARINGS | Prior to subcategory | 12/26/2006 | PBSP-06-01937 | 03/26/2007 | 03/16/2007 | DENIED |
| 0611143 | MAIL | Prior to subcategory | 03/07/2007 | PBSP-06-03230 | 05/31/2007 | 05/18/2007 | DENIED |
| 0613263 | STAFF COMPLAINTS | Prior to subcategory | 04/16/2007 | PBSP-07-00324 | 07/11/2007 | 07/12/2007 | DENIED |
| 0615183 | MAIL | Prior to subcategory | 05/17/2007 | PBSP-07-00611 | 08/13/2007 | 08/07/2007 | DENIED |

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0507354 | DISCIPLINARY | Prior to subcategory | 12/06/2005 | PBSP-05-02720 | 12/06/2005 | | APPEAL RECEIVED AND IN PROCESS IN IAB |
| 0703102 | STAFF COMPLAINTS | | 07/30/2007 | | 08/24/2007 | | APPEALING ACTION NOT TAKEN BY CDCR; NO JURISDICTN |
| 0703331 | STAFF COMPLAINTS | | 07/30/2007 | | 08/27/2007 | | SUBMIT APPEAL DIRECTLY TO AC FOR REVIEW |

Page: 1

Inmate Appeals Branch

10/10/2007

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | |
|---|---|---|---|---|---|---|
| 0703636 | PROPERTY | | | 08/03/2007 | 08/29/2007 | APPEAL REJECTED/WITHDRAWN/CAN |
| 0703916 | MAIL | | | 08/08/2007 | 08/30/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL SUBMIT APPEAL DIRECTLY TO AC FOR REVIEW |
| 0705965 | STAFF COMPLAINTS | | | 08/23/2007 | 09/27/2007 | 2ND LEVEL REVIEW FINAL FOR CDC FORM128-A MUST BE COMPLETED THROUGH 2ND LEVEL APPEAL REJECTED/WITHDRAWN/CAN |
| 0705977 | SEGREGATION HEARINGS | | | 08/23/2007 | 09/27/2007 | APPEAL REJECTED/WITHDRAWN/CAN |
| 5003320 | ADA | Prior to subcategory | | 03/02/2005 | 03/02/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5005259 | OTHER | Prior to subcategory | | 04/22/2005 | 04/22/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5005260 | DISCIPLINARY | Prior to subcategory | | 04/22/2005 | 04/22/2005 | 2ND LEVEL REVIEW FINAL |
| 5005449 | DISCIPLINARY | Prior to subcategory | | 05/04/2005 | 05/04/2005 | MISSING DOCUMENTATION |
| 5014804 | OTHER | Prior to subcategory | | 11/10/2005 | 11/10/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5014860 | OTHER | Prior to subcategory | | 11/14/2005 | 11/14/2005 | BEST ADDRESSED BY FILING CDC FORM 602 |
| 5014899 | OTHER | Prior to subcategory | | 11/16/2005 | 11/16/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5016390 | OTHER | Prior to subcategory | | 12/22/2005 | 12/22/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5016403 | OTHER | Prior to subcategory | | 12/20/2005 | 12/20/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |

Inmate Appeals Branch                                                                                     10/10/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| 5022040 | OTHER | Prior to subcategory | 05/19/2006 | 05/19/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5022352 | PROPERTY | Prior to subcategory | 05/31/2006 | 05/31/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5022688 | SEGREGATION HEARINGS | Prior to subcategory | 05/26/2006 | 05/26/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5027971 | OTHER | Prior to subcategory | 09/26/2006 | 09/26/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5030924 | OTHER | Prior to subcategory | 12/04/2006 | 12/04/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5031772 | STAFF COMPLAINTS | Prior to subcategory | 05/25/2007 | 05/25/2007 | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5031772 | STAFF COMPLAINTS | Prior to subcategory | 03/07/2007 | 03/07/2007 | ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5036028 | DISCIPLINARY | Prior to subcategory | 03/19/2007 | 03/19/2007 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5038327 | OTHER | Prior to subcategory | 05/25/2007 | 05/25/2007 | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5038328 | OTHER | Prior to subcategory | 05/25/2007 | 05/25/2007 | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5088993 | WORK INCENTIVE | Prior to subcategory | 02/13/2004 | 02/13/2004 | MISSING DOCUMENTATION |
| 5100473 | DISCIPLINARY | Prior to subcategory | 09/30/2004 | 09/30/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5100500 | DISCIPLINARY | Prior to subcategory | 09/30/2004 | 09/30/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5100814 | OTHER | Prior to subcategory | 10/12/2004 | 10/12/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |

Page: 3

Inmate Appeals Branch                                                                                    10/10/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| 5100816 | OTHER | Prior to subcategory | 10/08/2004 | 10/08/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5100817 | OTHER | Prior to subcategory | 10/08/2004 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5100818 | LIVING CONDITIONS | Prior to subcategory | 10/08/2004 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5100819 | MEDICAL | Prior to subcategory | 10/08/2004 | | MUST BE COMPLETED THROUGH 2ND LEVEL |

Page: 4