# EXHIBIT D

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P O BOX 942883
SACRAMENTO, CA 94283-0001



# DIRECTOR'S LEVEL APPEAL DECISION

Date:  JAN 1 7 2007

In re:  Grigsby, T-61830
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0605359        Local Log No.: PBSP 06-02084

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I  APPELLANT'S ARGUMENT:** It is the appellant's position that the Pelican Bay State Prison (PBSP) mailroom staff have inappropriately opened his legal mail not in his presence. The appellant contends that the correspondence clearly identified the names of the law office and should not have been opened. The appellant requests that these violations cease and that the responsible staff member be held accountable.

**II  SECOND LEVEL'S DECISION:** The reviewer found that a comprehensive and thorough review of the appellant's appeal was conducted. the Second Level of Review (SLR) cited California Code of Regulations, Title 15, Section (CCR) 3143 "Incoming correspondence bearing only a department or agency return address without any reference to the name or title of the officials or persons listed in Section 3141 will be processed by designated employees as nonconfidential correspondence." The SLR noted that the correspondence does not identify a particular lawyer and only identifies the name of the law firm. The SLR noted that it is the policy of the mailroom to comply with the regulations and in the event that legal mail is opened in error the letter is stamped "opened in error." The SLR denied the appeal.

**III  DIRECTOR'S LEVEL DECISION:** Appeal is denied.

   **A. FINDINGS:** The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR. The institution has presented the appellant a thorough and comprehensive review of the appellant's issue and the Director's Level of Review (DLR) finds no basis to alter said decision. The DLR reviewed the submitted evidence and concurs with the findings of the SLR in that the correspondence does not identify a specific lawyer and merely identifies the law office. The DLR notes the appellant attempts to argue that the actions by the PBSP staff are inappropriate; however, this is refuted by the regulations that govern this matter. The DLR notes that pursuant to CCR 3141(c) "Persons and staff members of persons with whom inmates may correspond confidentially include: (6) An attorney at law listed with a state bar association." The institution is unable to determine that the correspondence is from a legitimate attorney if their name is not clearly identified on the front of the envelope. A return address label of the law office is not sufficient information to verify that the letter is privileged attorney client correspondence; therefore the mailroom staff are justified in opening the letter. Therefore no relief is provided at the DLR.

   **B. BASIS FOR THE DECISION:**
   CCR: 3000, 3001, 3130, 3141, 3143, 3144, 3147

   **C. ORDER:** No changes or modifications are required by the institution.

GRIGSBY, T-61830
CASE NO. 0605359
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:  Warden, PBSP
     Appeals Coordinator, PBSP

| PELICAN BAY STATE PRISON |
|---|
| SECOND LEVEL REVIEW |

DATE: OCT 27 2006

Inmate GRIGSBY, T61830
Pelican Bay State Prison
Facility B, Psychiatric Services Unit
Building 1, Cell 210

RE: WARDEN'S LEVEL DECISION            APPEAL: PARTIALLY GRANTED
    APPEAL LOG NO. PBSP-P-06-02084      ISSUE: MAIL

This matter was reviewed by ROBERT A. HOREL, Warden, at Pelican Bay State Prison (PBSP). On September 14, 2006, Office Services Supervisor I P. Carrier, Mailroom, conducted the interview at the First Level of Review.

## ISSUES

Inmate Grigsby requests a reason why mail inspector number 15 opened his legal mail without his consent. The inmate requests the name of the staff member who is mail inspector number 15 for other legal action and that the staff member receive a written reprimand.

## FINDINGS

### I

The inmate alleges in his Appeal that for the last several months, mail inspector number 15 has opened and read his legal mail.

### II

The inmate was dissatisfied with the First Level Response, disputing the statements that his mail did not meet criteria as legal mail or that it was opened in error. The inmate wants the names of the mail inspectors number 15 and 17 because he is going to take legal action. The inmate contends that Exhibit D is missing from the Appeal and that mailroom staff is tampering with his legal mail.

## DETERMINATION OF ISSUE

The California Code of Regulations (CCR), Title 15 Section 3143, Processing Incoming Confidential Mail, states in part, *"Incoming letters bearing the name or title and a return address of persons and the office of persons listed in Section 3141 will be processed as confidential correspondence...Incoming correspondence bearing only a department or agency return address without any reference to the name or title of the officials or persons listed in Section 3141 will be processed by designated employees as nonconfidential correspondence."*

The Operational Procedure No. 205, Inmate Mail, Section VI W states in part, *"Incoming letters bearing a name, title, and return address of persons and offices listed in the CCR, Title 15, Section 3141 or 3165 will be processed as confidential/legal correspondence."*

Supplement Page 2
GRIGSBY, T61830
Appeal # PBSP-P-06-02084

A thorough investigation was conducted at the First Level of Review. The letters from Rosen, Bien & Asaro, LLP, do not meet criteria per the CCR, Title 15, Section 3143 to be processed as confidential mail. Due to human error, the First Level Reviewer indicates that an envelope from the Superior Court of California was inadvertently opened and per mailroom policy was stamped "opened in error." The Second Level Reviewer notes that there is no Exhibit D attached to the Appeal.

Every effort is made to avoid opening legal/confidential mail in error. Due to the large volume of mail processed by hand, training of new staff, and the margin of human error, an occasional piece of legal mail gets inadvertently sorted with non-confidential mail and goes through the automatic letter opener. When this occurs and discovered, the mailroom policy is to stamp the letter "opened in error."

The Mailroom staff at PBSP is dedicated to securing the confidentiality of legal mail. When an authorized sender listed in the CCR, Title 15, Section 3141 complies with the CCR, Title 15, Section 3143 and includes the name or title within the return address of the mail, it will be processed as confidential correspondence. It is recommended that the inmate advise his attorney of the Department's requirement to avoid similar occurrences. There has been no intentional interfering with the inmate's legal mail. Any inadvertent opening of legal mail is documented with a stamp indicating "opened in error." The inmate's request for the reason why his legal mail was opened has been provided. This portion of the Appeal is GRANTED. The inmate's request for the name of the staff member who is mail inspector number 15 and that the staff member receive a written reprimand is DENIED. The inmate can use the mail inspector number to reference the staff member when needed.

This APPEAL IS PARTIALLY GRANTED.

                              MODIFICATION ORDER

No modification of this decision or action taken is required.

ROBERT A. HOREL
Warden

NAT # 13    Date 10/18/06

## FIRST LEVEL APPEAL RESPONSE

RE:     PELICAN BAY STATE PRISON
        Appeal Log Number PBSP- P06-02084

INMATE:         GRIBSBY     T-61830

APPEAL DECISION:    PARTIALLY GRANTED

APPEAL ISSUE:

I want a reason for my legal/confidential mail being opened out of my presence, reprimand the person opening my legal/confidential mail, and give me the name of the person opening my legal/confidential mail.

APPEAL RESPONSE:

P. Carrier interviewed you on September 14, 2006 and explained to you that the mail from Rosen, Bien, & Asaro, LLP does not meet the criteria set forth in California Code of Regulations, Title 15, Section 3143 which states in part, "Incoming correspondence bearing only a department or agency return address without any reference to the name or title of the officials or persons will be processed as non-confidential correspondence."

The mail from Superior Court of California was however opened in error. It is of the utmost priority of the Pelican Bay State Prison's Mailroom staff to keep your Legal/Confidential mail confidential. All mail coming into the mailroom is hand sorted. Occasionally, due to human error, a legal mail will get inadvertently sorted with non-confidential mail. All non-confidential mail is run through an automatic letter opener. The legal/confidential mail is not discovered until it is already opened. It is the policy of the mailroom to stamp such mail with an "opened in error" stamp with the number of the staff opening the mail at the time. You can use the number to reference the staff member when needed.

There will be no reprimand of staff.

FINDINGS:

Based on the above, your appeal is **PARTIALLY GRANTED** at the First Level of Review. Your request for a reason your mail was opened is GRANTED. Your request for reprimand and the name of the staff is DENIED.

_____   9/14/06       _____   9/14/06
M. BEAN                     /Date          P.T. SMITH                  Date
Business Manager I                          Associate Warden
Business Services                           Business Services

| INMATE/PAROLEE APPEAL FORM<br>CDC 602 (12/87) | Location: Institution/Parole Region<br>1. PBSP<br>2. _____ | 1. _____<br>2. _____ | Log No.<br>P06-02084 | Category<br>3/9<br>mail inspector 15 |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Grigsby, Jonathan | T-61830 | | B1 210 |

A. Describe Problem: For last several months the inspector number 15 in the mail room is constantly violating my confidential correspondence with lawyers and the State Bar of California. I have four confidential pieces of legal mail dated June 26, 2006, June 30, 2006, July 13, 2006, and today July 19, 2006. The title 15 states specifically in 3141(b) confidential correspondence is a right guaranteed by law. (c)(6) An attorney at law listed with state bar association this inspector #15 is out of line for opening and reading my legal mail. I'm fighting a criminal case and want a reprimand and complaint documented on #15

If you need more space, attach one additional sheet.

B. Action Requested: I want a reason for this inspector 15 opening my legal without my consent and not noting a reason for opening the letter(s) because they specifically say confidential legal mail? I want a reprimand write up on this individual and put in his or her work record? Also I want to know this person name for other legal action

Inmate/Parolee Signature: Jonathan Grigsby                Date Submitted: 7-19-06

C. INFORMAL LEVEL (Date Received: AUG 21 2006 )

Staff Response: Exibit A - State bar not confidential without name Exibit -B Rosen, Bien & Asaro - Not legal or confidential with more than 1 name Exibit C - Same as B Exibit D - opened in error by #6 - logged as opened in error by 17. Exibit - Dept of Corr - envelope used to send to mailroom

Staff Signature: Diane DePew                Date Returned to Inmate: AUG 21 2006

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Since I've been in ad/seg and PSU constantly errors have been made in the processing of confidential legal mail? errors saying accident or writings saying don't fit criteria for confidential mail is wrong. In title 15 code of regulations pg. 63 states (c)(5) (c)(6)(E)(8) shows bias and prejudice by inspector of mail. I believe cause Rosen, Bien, Asaro LLP

Signature: Jonathan Grigsby                Date Submitted: 8-22-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim  a credited law firm and also lawyers for plaintiff in Federal lawsuit Coleman vs Schwazenegger 2 opening of those letters exhibit (B)(D) shows violation of penal code 505 & am filing complaint and want a reprimand for these actions.

CDC Appeal Number: _____

JUL 20 2006    AUG 23 2006    SEP 28 2006    3rd Appeals

First Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __8/23/06__ Due Date: __10/5/06__
Interviewed by: __P. Carrier   OSSI__

_See Attached_

Staff Signature: __Tammy Foss__  Title: __PSO II__  Date Completed: _____
Division Head Approved / Signature: _____  Title: __CCII__  Returned Date to Inmate: __9/21/06__

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

On or about Sept 13, 2006 P. Carrier came to interview me in regards to my legal mail constantly opened and excuses saying error or doesn't meet the criteria is no excuse also I asked for names of inspectors 15 & 17 because I'm going to take legal action for ironicly errors while I'm fighting a criminal case and I've got court date and Commission on Judicial

Signature: _____  Date Submitted: _____

Second Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned __9/28/06__ Due Date: __10/27/06__
☒ See Attached Letter

Signature: __N Thien CCII__   Date Completed: __10-18-06__
Warden/Superintendent Signature: __MAR__   Date Returned to Inmate: __10-30-06__

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

Section 7 continued

Performance who investigates complaints against judges just so happens to be opened a few times which is two to many? If you notice blue form 69 appeals coordinator screened back my 602 saying I need a informal level response or use chain etc, etc! In the title 15 in section 3084.5 (3)(D) states informal level shall be waived for appeal of: Departments regulations, policy or operational procedure? Also if you notice my response on trying to get a answer why my exhibit D disappeared? Take notice of the disrespectful attitude and malice ¢ treatment of my letter addressed to Ms. Carrier? This disregard is same type of respect mail of inmates in criminal or civil actions are treated? Not only did a piece of my exhibits disappear - theres no respect for my complaint. Which is why I've added 8 more pieces of legal mail and mail confidential not go out of this prison for suspicious reasons? I've added five letters from Commission on Judicial Performance and how this inspector number 15 & 17 specific take the letters sent off in August as not confidential or meets criteria? In title 15 in 3141 subsection (c) which means all state and federal elected officials, all state and federal officials appointed by President or governor, all city, state, federal officials responsible for present, prior or anticipated custody, all state and federal judges and courts, attorney at law listed with state bar association, director, chief, deputy director, deputy directors, assistant directors, chief inmate appeals, legitimate legal service organizations, Prison law office, American civil liberties Union, American Bar associations, Young lawyers section of bar association, and national associate of criminal LAWYERS! I know judges are hired by governor or state? August 2006 I was having issues of Judges in Crescent City not being impartial so its ironic that inspector 17 opened my legal mail? Also if you notice 602 dated 11/6/05 and 695 dated 12-23-05 nothing was wrote in comment section of these 602 which I sent out legal mail? Also notice   OVER →

State Bar of California
Office of Governmental Affairs
1201 'K' Street, Suite 720
Sacramento, CA 95814

SACRAMENTO CA 957
14 JUN 2006 PM 1 L

Exhibit A

JUN 2 6 2006

Does Not Meet The Criteria For "CONFIDENTIAL MAIL"

Jonathan Grigsby T-61830
Pelican Bay State Prison
P O Box 7000 BI 224
Crescent City, CA 95532

95532+0000

ROSEN, BIEN & ASARO, LLP
ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

ROSEN, BIEN & ASARO
155 MONTGOMERY STREET • 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

TO:

Exhibit B

Does Not Meet The Criteria For "CONFIDENTIAL MAIL"

CONFIDENTIAL LEGAL MAIL
Jonathan Grigsby, T-61830
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

CONFIDENTIAL LEGAL MAIL
JUN 30 2006

ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET • 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

TO:

CONFIDENTIAL - LEGAL MAIL
Jonathan Grigsby, T-61830
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95531

CONFIDENTIAL
LEGAL MAIL

CONFIDENTIAL
LEGAL MAIL

CONFIDENTIAL
LEGAL MAIL

Exhibit C

State of California                                                  Department of Corrections and Rehabilitation
                                                                                                    CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

NAME: **Grigsby**                              PBSP LOG NO: _____

CDC #: **161830**    HOUSING: **B1-210**       OTHER LOG #: _____

YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[X] 4. In violation of the CCR, Title 15, Sections 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted to get an Informal resolution, prior to the appeal being assigned to the Formal Level(s) of appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff member's supervisor, or unit/area supervisors.

    [ ] Counselor          [ ] PBSP R&R          [ ] Med Clinic       [ ] Records
    [ ] Unit Officer       [ ] PSU Property      [ ] Dental Clinic    [ ] Inmate Assignments
    [X] Mail Room          [ ] PBSP SHU Prop.    [ ] Psych Office     [ ] PBSP Trust Office
    [ ] Law Library        [ ] Food Services     [ ] Med Records      [ ] Plant Ops
    [ ] Work Supervisor                          [ ] Other _____

[ ] 5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions and attach the items noted below, send what documents you have, or explain why they are not available per the CCR, Title 15, Section 3084.3(c)(5):

    [ ] Supporting Documents & Receipts         [ ] CDC 1845 Disability Verification
    [ ] GA 22 Request For Interview             [ ] CDC 1824 Reasonable/Accommodation
    [ ] CDC 115 Results With final dispo        [ ] CDC 7362 Health Care Required Co-Pay
    [ ] CDC 115 IE/DA information/Report        [ ] CDC 128-C Medical Chrono
    [ ] CDC 115 Supplemental Reports            [ ] Cell Search Slip
    [ ] CDC 114-D Lockup Order                  [ ] Property Inventory Receipt
    [ ] CDC 1030 Confidential Disclosure        [ ] CDC 143 Property Transfer Receipt
    [ ] Lab Results Sheet                       [ ] Package Inventory Slip
    [ ] CDC 7219 Medical Report                 [ ] Proof of Ownership/Value
    [ ] CDC 128-A                               [ ] More Specific Information
    [ ] CDC 128-B                               [ ] Trust Statement
    [ ] CDC 128-G                               [ ] CDC 193 Trust Acct Withdrawal Order
    [ ] CDC 629A/629B Assess SHU Term           [ ] Legal Status Summary
    [ ] CDC 812/A/B Critical/Enemy              [ ] Abstract of Judgment (AOJ)
    [ ] CDC 839/840 Class/Reclass Score         [ ] CDC 1858[PC 148.6/CCR 3391(d)] Info.Advis.
    [ ] CDC 958 Restoration Request             [ ] Emerg. Unwarranted CCR 3084.7(a)(2)(A)
    [ ] CDC 1819 Correspondence Denial          [ ] Failed to Complete Section _____
    [ ] Other _____    [ ] Sign & Date Section _____
                                                [ ] CDC Form 602 _____

[ ] 7. The issue has been resolved, PBSP Appeal Log No. _____. A copy of the Second (Warden's) Level of Appeal review is attached per the CCR, Title 15, Section 3084.2(g)(1)(2)(3).

[ ] 8. Abuse of the appeal procedure: *Nothing wrote causing violation*

Comments: ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

_____                    AUG 0 4 2006
D. W. BRADBURY                               Date
Appeals Coordinator

This screening action may not be appealed unless the above reasons are inaccurate and the inmate can provide supporting arguments against the screening decision.

**PERMANENT APPEAL ATTACHMENT  -  DO NOT REMOVE**

PSCF   (Rev. __ __)   _____   PBSP

JUL 2 0 2006