# EXHIBIT G

APPEALS FILE

| PELICAN BAY STATE PRISON |
|---|
| SECOND LEVEL REVIEW |

DATE:   MAR 2 1 2007

Inmate GRIGSBY, T61830
Pelican Bay State Prison
Facility B, Psychiatric Services Unit
Building 1, Cell 210

RE:  WARDEN'S LEVEL DECISION                     APPEAL:  DENIED
      APPEAL LOG NO. PBSP-P-07-00324              ISSUE:   STAFF COMPLAINTS

This matter was reviewed by ROBERT A. HOREL, Warden, at Pelican Bay State Prison (PBSP). Correctional Lieutenant S. W. Reppond conducted the investigation and interview of this appeal issue.

### ISSUES

Inmate Grigsby requests that Correctional Officer (C/O) C. Shriver be reprimanded and documentation be placed in her personnel file.

### FINDINGS

I

The inmate alleges in his appeal that on December 27, 2006, while under escort by C/O C. Shriver and C/O D. McGuirt, C/O C. Shriver deliberately dug her fingernails into his left arm. The inmate also alleges that C/O D. McGuirt grabbed him tightly. The inmate states that he informed Correctional Sergeant D. Johnson, on December 27, 2006, about the incident.

### DETERMINATION OF ISSUE

All submitted documentation and supporting arguments have been considered. Additionally, a thorough review has been conducted into the claim presented by the inmate and evaluated in accordance with PBSP institutional procedures and departmental policies.

All staff involved were appropriately noticed and interviewed. All staff personnel matters are confidential in nature. Information concerning such matters is not available in response to inquiries from the general public, inmate population, or other staff members. In the event of staff misconduct, the institutional supervisory and administrative staff would take the appropriate course of actions. However, this would remain confidential information and would not be released

Although the inmate has the right to submit an appeal as a staff complaint, the request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the appeal process. The thorough review of the allegations presented in the complaint was completed. The investigation concluded that the inmate's complaint has no merit and no further action is required. Therefore, this APPEAL IS DENIED.

Supplement Page 2
GRIGSBY, T61830
Appeal # PBSP-P-07-00324

## MODIFICATION ORDER

No modification of this decision or action taken is required.

/s/ ROBERT A. HOREL
Warden

NAT #17   Date 03/20/07

*Citizen Complaint*
*Emergency Appeal*

*Allegations in*
*C/o Shiver Assault*
*Him*

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/07)

Location: Institution/Parole Region: **PBSP**
Log No: **P07-00324**
Category: **1/4  7/5**
**DENIED YARD**
**BASED ON CRISES**

You may appeal any policy, action or decision which has a significant adverse effect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: **Jonathan Grigsby**   NUMBER: **T-61830**   ASSIGNMENT: ___   UNIT/ROOM NUMBER: **B1-210**

A. Describe Problem: This complaint is a citizen complaint against officer Shiver and her assaulting me by putting her finger nails into my skin grabbing aggressively for no good reason on 12-27-06 her partner McQuirt who was her partner also grabbed me tightly, but after C/o Shiver made verbal acknowledgment saying I'm in Crisis which was a lie and key word for trouble or problem which got me lock down for day missing my yard. C/o Shiver on numbers occasions would wake up inmate Green in 103 making him go to group after I was already in group? Also C/o Curtis uses tactics of making sure other people go to group on wednesday

B. Action Requested: C/o Shiver needs a reprimand placed in work record for manipulating McQuirt into saying I'm in Crisis an taking my yard that day. Because C/o Curtis and C/o Shiver have went out way to stop me from wednesday group. I'm fearing of reprisals incidents and harassment so they need job changes and reprimands for there actions. Also placed in there work record.

Inmate/Parolee Signature: **Jonathan Grigsby**   Date Submitted: **1-6-07**

C. INFORMAL LEVEL (Date Received: ___ )

Staff Response: ~~BYPASS~~

Staff Signature: ___   Date Returned to Inmate: ___

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

~~BYPASS~~

Signature: ___   Date Submitted: ___
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number: ___

JAN 0 9 2007    JAN 1 9 2007    FEB 0 8 2007
26    TO CDW   C    APPEALS

A. Describe Problem-

This is being noted for good reason. Day of incident after I was brought out to talk to prison law office I spoke with Sgt Johnson on 12-27-06 telling him about his subordinate C/O Shiver grabbing me and cancelling my yard? I ask him if I could be aloud to get my yard time. He told me he had no problem ask floor officer. As I was leaving PSU treatment center I specifically ask Sgt. Johnson in front of C/O Shiver & McGuirt about yard! I stop at door as that procedure and I reiterate to Sgt about my yard and C/O Shiver said no telling Sergeant what to do or say? I held up on wall because I'm waiting for Sergeant to respond... Next thing C/O Shiver is trying to push me out door and while I'm asking sergeant to comment? C/O Shiver tells me move?, when I don't still waiting for response from Sgt. Johnson C/Shiver ask him if he will help escort me back like if I don't start walking there going to drag me? The sergeant is negligent of using his judgment on bias and partial actions from Shiver. Inmate Nickles in 112 and Green in 103 there witnesses to this discrimination and violation of my access to my wednesday group.

State of California                                          Department of Corrections and Rehabilitation
                                                                                           CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM                     #215

NAME: __GRIGSBY__    CDC #: __T61830__    HOUSING: __B1 270__

### YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[X] 4. In violation of the CCR, Title 15, Sections 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted to get an Informal resolution, prior to the appeal being assigned to the Formal Level(s) of appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff member's supervisor, or unit/area supervisors.

[ ] Counselor           [ ] PBSP R&R          [ ] Med Clinic      [ ] Records
[X] Unit Officer        [ ] PSU Property      [ ] Dental Clinic   [ ] Inmate Assignments
[ ] Mail Room           [ ] PBSP SHU Prop.    [ ] Psych Office    [ ] PBSP Trust Office
[ ] Law Library         [ ] Food Services     [ ] Med Records     [ ] Plant Ops
[ ] Work Supervisor                           [ ] Other _____

[ ] 5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions and attach the items noted below, send what documents you have, or explain why they are not available per the CCR, Title 15, Section 3084.3(c)(5):

[ ] Supporting Documents & Receipts       [ ] CDC 1845 Disability Verification
[ ] GA 22 Request For Interview           [ ] CDC 1824 Reasonable/Accommodation
[ ] CDC 115 Results With final dispo      [ ] CDC 7362 Health Care Required Co-Pay
[ ] CDC 115 IE/DA information/Report      [ ] CDC 128-C Medical Chrono
[ ] CDC 115 Supplemental Reports          [ ] Cell Search Slip
[ ] CDC 114-D Lockup Order                [ ] Property Inventory Receipt
[ ] CDC 1030 Confidential Disclosure      [ ] CDC 143 Property Transfer Receipt
[ ] Lab Results Sheet                     [ ] Package Inventory Slip
[ ] CDC 7219 Medical Report               [ ] Proof of Ownership/Value
[ ] CDC 128-A                             [ ] More Specific Information
[ ] CDC 128-B _____                      [ ] Trust Statement
[ ] CDC 128-G _____                      [ ] CDC 193 Trust Acct Withdrawal Order
[ ] CDC 629A/629B Assess SHU Term         [ ] Legal Status Summary
[ ] CDC 812/A/B Critical/Enemy            [ ] Abstract of Judgment (AOJ)
[ ] CDC 839/840 Class/Reclass Score       [ ] CDC 1858[PC 140.6/CCR 3391(d)] Info.Advis.
[ ] CDC 958 Restoration Request           [ ] Emerg. Unwarranted CCR 3084.7(a)(2)(A)
[ ] CDC 1819 Correspondence Denial        [ ] Failed to Complete Section _____
[ ] Other _____                          [ ] Sign & Date Section _____
                                          [ ] CDC Form 602 _____

[ ] 7. The issue has been resolved, PBSP Appeal Log No. _____, A copy of the Second (Warden's) Level of Appeal review is attached per the CCR, Title 15, Section 3084.2(g)(1)(2)(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: THIS APPEAL IS ABOUT APPROPRIATENESS OF DENYING YARD ACCESS - GET INFORMAL RESPONSE FROM INVOLVED STAFF.

_C. Wilber_                         JAN 17 2007
C. E. WILBER                        Date
Appeals Coordinator

This screening action may not be appealed unless the above reasons are inaccurate and the inmate can provide supporting arguments against the screening decision.

**PERMANENT APPEAL ATTACHMENT  -  DO NOT REMOVE**
PBSP     (Rev. 11/06)     CCR 3084.3(d)     PBSP

JAN 09 2007

Answering Blue Screen Form Dated 1-17-07

First and for most your wrong in telling me get informal Level Review for Unit Officer? Female Officer Shiver and her Partner c/o McQuirt like I explain in my citizen complaint against Female Officer Shiver assaulted me and I'm filing citizen complaint? I'm really tired of your constant excuses or attempts to prevent me from processing my appeals? Theres a big surprise that will be getting in touch your actions as appeals coordinator are boarding on criminal negligence and your close to I'm sure charges being filed for your actions on log # P-06-02531.

Because of your lack of processing my appeal and that c/o Shiver is still working over here. DOM § 54100.2 also DOM § 54100.17 if this is categorized as citizen complaint it needs to be treated as a emergency? Sgt Johnson is aware of this situation his person to be interviewed and asked in reference to this assault I told him about.

This is about no yard or a building officer? Read the Green 602 Form and do your job and stop discriminating against me filing on issues that have a adverse effect on me!

Also worth mentioning Craig v. Cambra (Del Norte S. Ct.) HCPB 00-5150 & HCPB 00-5151 Writ of Habeas Corpus Filed Feb. 27, 2002 ( unacceptable delay in answering appeals violated due process)

Stop Violating my Due Process with frivolous sadistic actions!