1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| JONATHAN W. GRIGSBY, | C 07-2566 CRB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| ROBERT HOREL, et al., | |
| Defendants. | |

17    Defendants F. Jacquez, G. Stewart, M. Foss, D. Bradbury, K. Cruse, B. Samples, R. Graves,

18  N. Threm, J. Browman, P. Smith, and R. Horel (Defendants) filed a motion to dismiss under

19  Federal Rule of Civil Procedure Rule 12(b) on the ground that Plaintiff failed to exhaust his

20  administrative remedies before filing suit.

21    This Court, having considered all pleadings submitted by the parties and the records of this

22  Court, orders that Defendants' motion to dismiss be granted because Plaintiff has failed to

23  exhaust his administrative remedies before filing suit.

24    Plaintiff's suit is dismissed without prejudice.

25
26
27  Dated: _____

CHARLES R. BREYER
28                                United States District Judge

[Proposed] Order Granting Defs.' Mot. Dismiss                          *J. Grigsby v. Horel, et al.*
                                                                        Case No. C 07-2566 CRB

1