1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5577
     Fax: (415) 703-5843
8    Email: Jennifer.Nygaard@doj.ca.gov

9  Attorneys for Defendants F. Jacquez, G. Stewart, M.
   Foss, D. Bradbury, K. Cruse, B. Samples, R. Graves,
10 N. Threm, J. Browman, P. Smith, and R. Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>                              Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>                              Defendants. | C 07-2566 CRB<br><br>**DEFENDANTS' MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT** |

Defendants F. Jacquez, G. Stewart, M. Foss, D. Bradbury, K. Cruse, B. Samples, R. Graves, N. Threm, J. Browman, P. Smith, and R. Horel (Defendants) request that the Court remove the document entitled Declaration of C. Wilber in Support of Defendants' Motion to Dismiss, **DOCKET NUMBER 45**. Exhibits B and C attached to that declaration were inadvertently filed, and contain confidential privileged and work product documents which require redaction.

On November 26, 2007, Defendants served on Plaintiff by mail the following documents: Defendants' Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities; Declaration of C. Wilber in Support of Defendants' Motion to Dismiss (w/Exhibits A-F);

1  Declaration of N. Grannis in Support of Defendants' Motion to Dismiss (w/Exhibits A-G); and
2  the [Proposed] Order Granting Defendants' Motion to Dismiss. On November 29, 2007, under
3  my direction, the envelope containing these documents was intercepted in the mailroom at
4  Salinas Valley State Prison before it was delivered to Plaintiff. Plaintiff was re-served the
5  documents on November 29, 2007, including the Declaration of C. Wilber in Support of
6  Defendants' Motion to Dismiss with the corrected attachments.

8  Dated: November 29, 2007

9  Respectfully submitted,

10  EDMUND G. BROWN JR.
    Attorney General of the State of California

11  DAVID S. CHANEY
    Chief Assistant Attorney General

12  FRANCES T. GRUNDER
13  Senior Assistant Attorney General

14  MICHAEL W. JORGENSON
    Supervising Deputy Attorney General

    /s/ Jennifer J. Nygaard

    JENNIFER J. NYGAARD
18  Deputy Attorney General
    Attorneys for Defendants F. Jacquez, G. Stewart, M. Foss, D.
19  Bradbury, K. Cruse, B. Samples, R. Graves, N. Threm, J.
    Browman, P. Smith, and R. Horel

40190490.wpd
SF2007200773

Defs.' Mot. Remove Incorrectly Filed Doc.                           J. Grigsby v. Horel, et al.
                                                                    C 07-2566 CRB

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **J.W. Grigsby v. Horel, et al.**

No.:         **C 07-2566 CRB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 29, 2007, I served the attached

1. DEFENDANTS' MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT

2. [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jonathan Grigsby
T-61830
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020
   *In Pro Se*
   *T-61830*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 29, 2007, at San Francisco, California.

|  S. Redd  |  *A. Redd*  |
| --- | --- |
| Declarant | Signature |

40191595.wpd