IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>Defendants. | C 07-2566 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT** |

Defendants' request that the Court remove the document entitled Declaration of C. Wilber in Support of Defendants' Motion to Dismiss, **DOCKET NO. 45**, is granted. The clerk is instructed to remove from the file and destroy the Declaration of C. Wilber filed on November 26, 2007.

Dated: _____

CHARLES R. BREYER
United States District Judge

[Proposed] Order Granting Defs.' Mot. Remove Incorrectly Filed Doc.

J. Grigsby v. Horel, et al.
Case No. C 07-2566 CRB

1