# EXHIBIT B

FIRST LEVEL APPEAL RESPONSE

**DATE:**            **September 14, 2005**
**APPEAL LOG #:**    PBSP- S05-1994
**INMATE:**          GRIGSBY
**CDC NUMBER:**      T-61830
**APPEAL DECISION:**  WITHDRAWN

**APPEAL ISSUE:**   (Modified)

Inmate GRIGSBY requested this appeal be processed as a Citizen's Complaint. GRIGSBY alleged that Officer Kun denied him yard access.

**FINDINGS:**

You were interviewed on September 02, 2005 by Correctional Sergeant J. Anderson and witnessed by Correctional Officers J. C. Rutledge and J. J. Quackenbush, both currently assigned to the Administrative Segregation Unit (ASU). When initially asked about the content of your appeal, you stated Officer Kun refused to allow you to access yard on July 23, 2005, but you wanted to withdraw the appeal and that you were "just mad at Kun that day ". Sergeant Anderson advised you that you would receive a First Level Appeal Response reflecting your desire to have the appeal withdrawn. You returned to your assigned housing.

Inmate GRIGSBY is aware of his actions as he refused to sign the CDC Form 1858 RIGHTS AND RESPONSIBILITY STATEMENT / INFORMATION ADVISORY STAFF COMPLAINT / PEACE OFFICER.

I interviewed the following individuals relative to this matter, Correctional Officers R.K. Kun, B.L. Backman, K.L. McCasland, and R.L. Shellabarger.

DETERMINATION OF ISSUE:

Based upon inmate GRIGSBY's request, this appeal is being **WITHDRAWN** at this level of review. Subsequent to review of the circumstances of the complaint I have determined that Officer Kun's actions were prudent and that Kun is **EXONERATED**.

P. T. SMITH
Facility Captain
Facility A

LETHEL POLK
Associate Warden
General Population

INMATE Complaint Against 2'nd STAF 2 COMPLAINT GUN?
Location: Institution/Parole Region    Log No.    Category
1.                              1.  505-01994 R.
2.                              2.

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Jonathan Grigoby | T-61830 | | A1-223L0 |

A. Describe Problem: I filed a inmate complaint against high ranking correctional officers Sgt. Stewark, Lt. Graves, Capt. Smith for instructing cruel and unusual punishment on me after a alleged bettery on peace officer. I come to ad. seg on 7-10-05 for 11 days I wasnt intitled to anything I was treat like a animal eat with my hands no clothes pepper spray otall in my clothes and skin 4 days after being sprayed. Very harsh conditions not to mention soft trap where food I believe was tampered with starved. Once I filed the inmate complaint a Sgt. Wright told me they removed those severe restrictions every one of

If you need more space, attach one additional sheet.

B. Action Requested: filing inmate complaints against 2'nd watch A1 officers working with and including Yo Kim which this is 2'nd complaint against her no reprisals and a invistiga into why she continues to violate my state and federal rights and no reprimand are on thing done in the influence she has in lying on me and provoking me to do some thi

Inmate/Parolee Signature: Jonathan Grigoby          Date Submitted: 7-24-05

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

1st Rev GP

AUG 16 2005

noted Response for court
and revised Date answer
Also 12 VI

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☒ Other _WITHDRAWN_

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _8/16/05_    Due Date: _9/28/05_

Interviewed by: _WITHDRAWN_

_X Jonathan Grupshy T-61830   9-15-05_

Staff Signature: _____   Title: _CAPT_   Date Completed: _9/18/05_

Division Head Approved:

Signature: _____   Title: _AW_   Returned Date to Inmate: _9/22/05_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: _____     Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____     Date Completed: _____

Warden/Superintendent Signature: _____     Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____     Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

                                                                 Date: _____

CDC 602 (12/87)

page was check for 30 days. today 7-23-05 top tier was released for yard none of the officers working came to my cell to let me out? I wrote a inmate complaint against C/o Kim one of 4 officers working this day 7-23-05 2nd watch? Kim is a evil racist who I believe told or suggested not to let me have yard? She did the same racist action in AZ on May 16, 2005 CTQ me for no reason day of store and said I did something to C/o ruben who works in AZ it should be in log book. I never received notice ow spoke to any one and I wrote a complaint also which disappeared. Because of C/o Kim constant harassment and evil actions I'm filing inmate complaints against every officer working with her today on 7-23-05. who also in failure to act under color of state law purposely denied me yard. By the time a response comes it will be to late but for my court case this is proof of still constant harassment which provokes me in anger? Also because I'm on meds and the Madrid federal case denying me yard medical attention shows officers here don't care about federal enjunctions by the federal court. I just wait for my day in court and have all my records of appeals wrote the dates? And how they mysteriously disappear are get lost tell these lies in court and lets see who will get what they deserve. I'm sure it will be cancelled this 602 or it takes 9 months for a log # and first level response! I documented it all right this is part of the start of court process of me exhausting administrative remendys so Ive done my part so do what you do and prolong and procrestinate this process. It be know in court.

IA Policy/Procedure Attachment 3
Rev. 11/09/04

State of California

# Memorandum

Date : 8/16/05

To : Mark Castellaw
Chief Deputy Warden

From : Department of Corrections
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : **STAFF COMPLAINT REVIEW**

The attached appeal from inmate _Grigsby_, CDC# T61830, dated
_7/26/05_, reflects a complaint against Pelican Bay State Prison staff and, pursuant to a recent
directive from CDC Central Office, is forwarded for your review and category determination prior to
acceptance into the appeal process.

The complaint is regarding IR number _n/a_.

_[signature]_
Appeals Coordinator

☐ Appeal was received past 15 day appeal time limit.
 ☐ Reject due to untimeliness with no investigation.
 ☐ Reject due to untimeliness, assign review outside Appeal Process

☒ Staff Complaint Appeals Process.

☐ Fact-Finding Investigation ordered.  The issues contained in the appeal have been
reviewed and the case has been referred to _____ for
a fact-finding investigation.  A copy of the completed fact-finding is to be forwarded to
the Inmate Appeal Office to be filed with the appeal.

☐ Category I: The issues contained in the attached appeal have been reviewed and it is
appropriate to pursue the issues at the institutional level and assign to
institutional Internal Affairs (IA) for investigation.

☐ Category II: The issues contained in the attached appeal have been reviewed and it is
appropriate to pursue the issues at the department level and will be assigned to
institutional Internal Affairs, Headquarters.

_[signature]_                    8/1/05
Chief Deputy Warden                   Date

Attachment

**EXHIBIT B, PAGES 7-15 ARE <u>REDACTED</u>**