# EXHIBIT C

## FIRST LEVEL APPEAL RESPONSE

| | |
|---|---|
| DATE: | September 30, 2005 |
| APPEAL LOG NUMBER: | PBSP- S05-02229 |
| INMATE: | GRIGSBY |
| CDC NUMBER: | T-61830 |
| APPEAL DECISION: | WITHDRAWN |

**APPEAL ISSUE:**   (Modified)

Inmate GRIGSBY alleges that third watch staff (specifically Correctional Sergeant Navarro, Correctional Officers Buchanan, Ford, Chandler, another Officer don't know name) denied Grigsby access to canteen. Further, Grigsby alleges the denial of canteen access is a reprisal for Grigsby's staff assault in July of 2005.

**FINDINGS:**

An interview with Inmate GRIGSBY was conducted on September 30, 2005 at approximately 1700 hours by Correctional Sergeant J. Anderson and witnessed by Correctional Officers M.M. Young and J.C. Rutledge, currently assigned to the Administrative Segregation Unit. When presented with the CDC 1858 Rights and Responsibilities Statement, GRIGSBY refused to sign and stated he wished to withdraw the appeal and when he submitted the appeal he was "mad". Sergeant Anderson informed GRIGSBY that he had no other choice but to CANCEL this appeal. GRIGSBY returned to his assigned housing. This was witnessed by Correctional Officers M.M. Young and J.C. Rutledge (both assigned to AS1).

I interviewed the following individuals relative to this matter; Correctional Officers J.C. Rutledge, A.L. Ford, J.R. Gephart and M.D. Chandler.

In the event staff misconduct is sustained, the institution's Administration will take the appropriate course of action. All staff personnel matters are confidential in nature and not privy to the inquiries of other staff, the general public, or the inmate population and will not be released to the inmate. Although the inmate has the right to submit an appeal as a staff complaint, the request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the appeals process.

DETERMINATION OF ISSUE:

Based upon inmate GRIGSBY's refusal sign a CDC 1858 Rights and Responsibilities Statement, this appeal is being **CANCELLED** at this level of review.

| | NOTED | APPROVED/DISAPPROVED |
|---|---|---|
| J. ANDERSON<br>SERGEANT<br>AS1 | P. T. SMITH<br>Facility Captain<br>Facility A | LETHEL POLK<br>Associate Warden<br>General Population |

**EXHIBIT C, PAGE 3 IS REDACTED**

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. PBSP
2. _____

Log No. 505-02297-2
2. _____

Category
3rd W STAFF Douls
Access/Canteen

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Grigoly, Jonathan
NUMBER: T-61830
ASSIGNMENT: 
UNIT/ROOM NUMBER: A1-223L

A. Describe Problem: Today at 6:15 I asked officer Gephart if I had canteen? He started yelling and screaming and accusing me of saying I'm lying on him about me having canteen. I saw officer Buchanan who just 5 days ago assaulted me with another officer Taylor whos working tower today and Buchanan and Sgt Narvo are well aware of my assault and reason for being here in ad seg. This is a form of reprisals being taking against me and its racist and prejudice? I was told yesterday I had canteen now today I have nothing. I'm filing a inmate complaint

If you need more space, attach one additional sheet.

B. Action Requested: I'm filing a inmate complaint against entire 3rd watch shift 8-06-05 Sgt. NARVO, c/o BUCHANAN 2nd, c/o FORD, c/o CHANLER, another officer don't know name. For losing or denying me my canteen c/o Gephart (also) lying about me getting it. This will probably not get long or investigated by c/o for evidence of reprisals tactics racist bias cause of my incident with c/o

Inmate/Parolee Signature: Jonathan Grigoly
Date Submitted: 8-6-05

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

1st/AWGP SEP 02 2005
LCCOW AUG 17 2005

c/o Lacy from 2nd watch
2 block Pick-up my dinner
works with c/o Gutierrez

Noted for Record 6
later

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☒ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __9/2/05__    Due Date: __10/18/05__

Interviewed by: __Sgt. Anderson__

_____
_____
_____
_____
_____
_____

Staff Signature: _____   Title: __CAPT__   Date Completed: __10/__
Division Head Approved:
Signature: _____   Title: _____   Returned Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____   Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____
Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____
_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to:   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

against todays 8-05 3rd watch intire correctional officers and Sgt. Navvo because its no problem or coincedences that Sgt Navvo and Buchanan over here acting sarcastic and screwing over people? August 1, 2005 I just filed a inmate complaint on Buchanan So for him to be working today and me not getting me canteen is just more racist reprisals from Pelican Bay. This is being written and documented for my legal actions and evidence of my writs of habeas corpus that are active as I speak. I put in a list and canteen ducat for 445.00 dollars and officer because I have a assault on peace officer are purposely not helping me or doing anything thats part of there job as correctional officers. So not answering me when I call giving me legal forms and Im fighting possible 3rd strike trial case. This is for the record Im already knowing my ICC appeal 7-13-05, my restrictions complaint 7-20-0 putting me on yard restriction I filed a inmate complaint on entire 2nd staff that day. Im just making sure I file my administrative papers before trial or another court of appeal or board of prison terms appeal. So just to say again I was denied my canteen and no list or ducat turned in Im filing a complaints against entire staff 3rd watch for falsify falsely doctoring or throwing away me ducat and canteen list.

Footnote: Attach also is inmate complaint by my neighbor also who was screwed out of his canteen.

IA Policy/Procedure Attachment 3
Rev. 11/09/04

State of California

# Memorandum

Date : 9/1/05

To : Mark Castellaw
Chief Deputy Warden

From : Department of Corrections
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : STAFF COMPLAINT REVIEW

The attached appeal from inmate GRIGSBY, CDC# T61830 dated 8/6/05, reflects a complaint against Pelican Bay State Prison staff and, pursuant to a recent directive from CDC Central Office, is forwarded for your review and category determination prior to acceptance into the appeal process.

The complaint is regarding IR number _____

_____
Appeals Coordinator

☐ Appeal was received past 15 day appeal time limit.
  ☐ Reject due to untimeliness with no investigation.
  ☐ Reject due to untimeliness, assign review outside Appeal Process

☒ Staff Complaint Appeals Process.

☐ Fact-Finding Investigation ordered. The issues contained in the appeal have been reviewed and the case has been referred to _____ for a fact-finding investigation. A copy of the completed fact-finding is to be forwarded to the Inmate Appeal Office to be filed with the appeal.

☐ Category I: The issues contained in the attached appeal have been reviewed and it is appropriate to pursue the issues at the institutional level and assign to institutional Internal Affairs (IA) for investigation.

☐ Category II: The issues contained in the attached appeal have been reviewed and it is appropriate to pursue the issues at the department level and will be assigned to institutional Internal Affairs, Headquarters.

_____          8/31/05
Chief Deputy Warden                  Date

Attachment

STATE OF CALIFORNIA                                                                                   DEPARTMENT OF CORRECTIONS

# RIGHTS AND RESPONSIBILITY STATEMENT / INFORMATION ADVISORY
## STAFF COMPLAINT / -PEACE OFFICER

Please read, and sign this form in front of a staff witness.

Any inmate wishing to file a staff complaint must read and sign the following statement. As this is sworn testimony, this form must be signed in front of the staff member conducting the investigation into the complaint. Failure to sign this form in front of a staff member will be considered refusal to cooperate with the appeal process and the appeal will be cancelled.

You have the right to make a complaint against a Peace Officer for any improper conduct. California law requires and this agency has a procedure to investigate inmate's complaints. You have the right to a written description of this procedure. This agency may find after investigation that there is not enough evidence to warrant action on your complaint; even if that is the case, you have the right to make a complaint and have it investigated if you believe an Peace Officer behaved improperly. This complaint and any report of findings relating to complaints must be retained by this agency for at least 5 years.

It is against the law to make a complaint that you know to be false. If you make a complaint against an officer knowing that it is false, you can be prosecuted. In addition, an inmate who makes a complaint against a departmental peace officer, knowing it is false may be issued a serious disciplinary rule violation in addition to criminal prosecution.

I certify or declare under penalty of perjury under the laws of the state of California that the information contained within the attached appeal form CDC 602, dated _____ is true and correct, under penalty of perjury, and I swear under oath under penalty of perjury that the aforementioned information is true and correct, executed this _____ day of _____, at Pelican Bay State Prison in Crescent City, California.

| INMATE / PAROLEE PRINTED NAME | INMATE / PAROLEE'S SIGNATURE | CDC NUMBER | |
|---|---|---|---|
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

## PERMANENT ATTACHMENT TO CDC FORM 602 / DO NOT REMOVE

(CDC Form 1858)                                       (1858-98.DOC updated October 22, 1998)