EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5577
 Fax: (415) 703-5843
 Email: Jennifer.Nygaard@doj.ca.gov

Attorneys for Defendants F. Jacquez, G. Stewart, M. Foss, D. Bradbury, K. Cruse, B. Samples, R. Graves, N. Threm, J. Browman, P. Smith, and R. Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT HOREL, et al.,<br><br>　　　　　　　　　　Defendants. | C 07-2566 CRB<br><br>**DECLARATION OF SERVICE BY U.S. MAIL** |

1  **DECLARATION OF SERVICE BY U.S. MAIL**

2  Case Name:   J.W. Grigsby v. Horel, et al.                              No.: C 07-2566 CRB

3  I declare:

4  I am employed in the Office of the Attorney General, which is the office of a member of the
5  California State Bar, at which member's direction this service is made. I am 18 years of age or older
6  and not a party to this matter. I am familiar with the business practice at the Office of the Attorney
7  General for collection and processing of correspondence for mailing with the United States Postal
8  Service. In accordance with that practice, correspondence placed in the internal mail collection
9  system at the Office of the Attorney General is deposited with the United States Postal Service that
10 same day in the ordinary course of business.

11 On <u>November 29, 2007</u>, I served the attached

13 1.  DEFENDANTS' NOTICE OF MOTION, MOTION TO DISMISS, AND MEMORANDUM OF POINTS AND AUTHORITIES

14 2.  DECLARATION OF C. WILBER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (W/EXHIBITS A-F; **EXCLUDING EXHIBIT B, REDACTED PAGES 7-15 AND EXHIBIT C, REDACTED PAGE 3**)

16 3.  DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (W/EXHIBITS A-G)

18 4.  [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

19 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in
20 the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue,
21 Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

22 Jonathan Grigsby
   T-61830
23 Salinas Valley State Prison
   P.O. Box 1020
24 Soledad, CA 93960-1020
       *Pro Se*
25     T-61830

Decl. of Service by U.S. Mail - C 07-2566 CRB

1

1  I declare under penalty of perjury under the laws of the State of California the foregoing is true
2  and correct and that this declaration was executed on November 29, 2007, at San Francisco,
3  California.

      S. Redd                                    *S. Redd*
      Declarant                                  Signature

23  40191781.wpd
    SF2007200773

Decl. of Service by U.S. Mail - C 07-2566 CRB

2