IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN W. GRIGSBY, | ) | |
| Plaintiff(s), | ) | No. C 07-2566 CRB (PR) |
| v. | ) | ORDER |
| ROBERT HOREL, et al., | ) | (Docs # 41 & 43) |
| Defendant(s). | ) | |

Defendants recently appeared and filed a motion to dismiss this prisoner action for failure to exhaust administrative remedies, as required by 42 U.S.C. § 1997e(a). Plaintiff shall file an opposition, or notice of non-opposition, to the motion by no later than January 4, 2008, and defendants shall file a reply to any opposition within 15 days of its filing.

Plaintiff's miscellaneous motions to compel defendants to respond to his complaint, cooperate with discovery and the like (docs # 41 & 43) are DENIED as moot, premature and/or for lack of merit. Plaintiff again is advised that the court will not entertain any motion unless it pertains to this case and is accompanied by a certificate of service showing that it was served on defendants, as required by Federal Rule of Civil Procedure 5.

SO ORDERED.

DATED: December 3, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby1.or2.wpd