UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JONTHAN W GRIGSBY,

              Plaintiff,

  v.

ROBERT HOREL et al,

              Defendant.

_____/

Case Number: CV07-02566 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jonathan W. Grigsby T-61830
D5-222
P.O. Box 1050(dmh)
Soledad, CA 93960

Dated: December 3, 2007

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk