IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ROBERT HOREL, et al.,<br><br>　　　　Defendant(s). | No. C 07-2566 CRB (PR)<br><br>ORDER<br><br>(Doc # 53) |

　　　　Plaintiff's motion (doc # 53) for an order compelling discovery is DENIED as premature. The court will not entertain discovery motions unless the parties first comply with the meet-and-confer requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. <u>See, e.g.</u>, Fed. R. Civ. P. 37(a) (motion to compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action); Civ. L. R. 37-1 (same). In view of plaintiff's incarceration, the parties may satisfy the meet-and-confer requirements by letter or telephone conversation. <u>Cf.</u> Civil L. R. 1-5(n) ("meet and confer" or "confer" means to communicate directly and discuss in good faith the issue(s); mere sending of a written, electronic or voice-mail communication does not satisfy a requirement to "meet and confer" or to "confer;" requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation).

1 | Plaintiff's request for an order compelling prison officials to return to him
2 | his legal documents is GRANTED IN PART. Prison officials shall give plaintiff
3 | reasonable access to this legal documents so that he may comply with the court's
4 | deadlines.
5 | SO ORDERED.
6 | DATED: Dec.06, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby1.or3.wpd

2