IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN W. GRIGSBY, | ) | |
| Plaintiff(s), | ) | No. C 07-2566 CRB (PR) |
| v. | ) | ORDER |
| ROBERT HOREL, et al., | ) | (Docs # 57 & 60) |
| Defendant(s). | ) | |

    On November 26, 2007, defendants filed a motion to dismiss this prisoner action for failure to exhaust available administrative remedies before filing suit, as required by 42 U.S.C. § 1997e(a).

    Plaintiff promptly responded by filing a motion to dismiss defendants' motion as untimely and for sanctions. Plaintiff's motion (doc # 57) is DENIED as frivolous. His accompanying motion (doc # 60) for a status report, etc., is also DENIED.

    Since plaintiff filed this action on May 15, 2007, he has filed nearly two dozen miscellaneous motions seeking everything from a status report to an order compelling defendants to respond to his complaint. All of the motions have been denied as moot, premature and/or for lack of merit. Many have been duplicative.

1 | The clerk is instructed not to file any further motions submitted by
2 | plaintiff.  The court will review plaintiff's submissions and issue an order if one is
3 | deemed appropriate.  Plaintiff's practice of inundating the court and the other
4 | parties with miscellaneous motions is burdensome and unfair to the court and the
5 | other parties alike.
6 | Plaintiff should concentrate his efforts in a response to defendants' motion
7 | to dismiss for failure to exhaust.  Plaintiff shall file an opposition, or notice of
8 | non-opposition, to defendants' motion by no later than January 4, 2008, and
9 | defendants shall file a reply to any opposition by no later than 15 days thereafter.
10 | No further extension of time will be granted.
11 | SO ORDERED.
12 | DATED:  Dec. 14, 2007
  | /s/ CHARLES R. BREYER
13 | CHARLES R. BREYER
  | United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby1.or4.wpd

2