IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W GRIGSBY, | No. C 07-02566 CRB (PR) |
| Plaintiff, | ORDER |
| v. | |
| ROBERT HOREL, | |
| Defendant(s). | |

Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for dismissal is GRANTED in part . Plaintiff shall file an opposition by no later than February 29, 2008, and defendants shall file a reply within 15 days thereafter.

No further extensions of time will be granted.

SO ORDERED.

DATED: December 28, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby1.eot.wpd