IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>    Plaintiff(s),<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>    Defendant(s). | No. C 07-2566 CRB (PR)<br><br>ORDER |

On January 7, 2008, the court received a packet of pleadings and documents from plaintiff. The clerk stamped them "received," rather than "filed," as instructed by the court.

One of the pleadings in the packet is an opposition to defendants' motion to dismiss for failure to exhaust available administrative remedies before filing suit, as required by 42 U.S.C. § 1997e(a). Plaintiff does not understand why defendants have not responded to his opposition.

The clerk is instructed to file the opposition, along with supporting declaration and exhibits, and to serve a copy on defendants. Defendants shall file a reply by no later than February 15, 2008.

SO ORDERED.

DATED: Jan. 25, 2008

                                      CHARLES R. BREYER
                                      United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby1.or5.wpd