IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>    Defendants. | No. CV 07-02566 CRB,<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that the action is dismissed without prejudice.

Dated: April 22, 2008                                                 Richard W. Wieking, Clerk

                                                                                  By:<br>
                                                                                  Deputy Clerk