United States District Court
For The
Northern District Of California

Jonathan Grigsby
Plaintiff

Case Number CV 07-2566 CRB
Certificate of Service

V. Robert Horel warden et al.,

Defendant(s)

FILED
08 APR 28 PM 12:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, __Jonathan Grigsby__ declare under penalty of perjury that: I am __Plaintiff__ in the above entitled action;

That on __April 23, 2008__ I served a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

CRB (PR)
Northern District of California
450 Golden Gate Ave
S.F. CA 94102

Jennifer Nygaard, attorney General
Dept. of Justice
455 Golden Gate Ave, ste 11000
S.F. CA 94102-7004

Date __4/23/06__

Signature __Jonathan Grigsby__ Pro-Per
Jonathan Grigsby

motion for Sanctions

Jonathan Grigsby
T-01830   D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

original

United States District Court
Northern District of California

Jonathan Grigsby
 Plaintiff
vs.
Robert Horel Warden et al.,
 Defendant(s)
sued official and individual capacitys

Civil No. CV07-2566
Motion For Sanctions Notice &
Supporting Papers and Opposition
Reply Time Expired

Facts

1) As outlined Federal Rules Civil Procedure F.R.C.P. Rule 7 motion practices rules 7-2, 7-3 & 7-8? Last month I filed motion on time constraints and not responding in timing manner as outlined Rule 7-3. Date was, March 23, 2008 I have log sheets to document non-compliance or as such .... District refusal to respond? To date 3/23/08 til 4/23/08 no response from District or Attorney General violation of F.R.C.P. 7-3 I'm asking and have ask for acknowledgment so I'm sending again since Rule 7-2 has been violated by District Judge Breyer?

2) This time in more detail and state so theres no misconstruing or reason not to hear from Judge Breyer with court order responding. On February 11, 2008 plaintiff filed motion in response to defense reply to my opposition motion, I sent the District original and copy and certificate service plus several exhibits of evidence. As outlined in 7-3 no response violation?, also cause of F.R.C.P. Rule 7-2 motion is suppose to be heard within 35 days of service of motion?

3) Defense attorney was suppose to serve and file not less than 21 days before hearing date of February 29, 2008 which Judge Breyer stated in prior order stating 2/29/08 deadline no extension? Then Attorney General had 15 days after service to respond no excuses or delays? 72 day have past to date is April 23, 2008 still no order from Judge Breyer and Time constraints violated F.R.C.P. 7-3 & 7-8 needs to be stated in District record?

4) Due to deadline and to February 11, 2008 motion there should be sanctions for violations to respond within 15 day of filed sent motion 2/11/08? Court cost and fee awarded plaintiff for filing fee and standard rate for motion filed. Also violations to F.R.C.P. 7-2 & 7-3 makes timing and filing appropriate. Defense and Judge Breyer are past alotted time constraints to reply and file District court order. Grant and/or respond to grant plaintiffs Prayer for relief based on violations Rule 7-2 & 7-3 and 7-8.

Dated April 23, 2008

Jonathan Grigsby Pro-Per

Jonathan Grigsby
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

copy

United States District Court
Northern District Of California

Jonathan Grigsby
   Plaintiff

vs

Robert Horel Warden et al.,
   Defendant(s)
sued official and individual capacitys

Civil No. CV 07-2566
Motion For Sanctions Notice &
Supporting Papers and Opposition
Reply Time Expired

## Facts

1) As outlined Federal Rules Civil Procedure F.R.C.P. Rule 7 motion practices rules 7-2, 7-3, & 7-8? Last month I filed motion on same issues dated 3/23/08 in my log sheet (no response as of 3/3/08?) To date over 30 days no response to or acknowledgment so I'm sending again since no response. This time in more detail so theres no misunderstanding or reason not to hear from Judge Breyer regarding motion sent to district court and defense.

2) On February 11, 2008 plaintiff filed ten-page motion in response to defense Attorney General Jennifer Nygaard motion opposition with several exhibits of evidence sent to Judge Breyer and defense? As outlined in F.R.C.P. 7-2 motion is suppose to be heard within 35 days of service of motion?

3) Defense is suppose to serve and file not less than 21 days before hearing date? Which Judge Breyer state in prior court order that February 29, 2008 was deadline for plaintiff respond, And attorney general reply 15 days after that no more extension or delays. F.R.C.P. 7-3 is clear and Judge Breyer deadline said February 29, 2008 clear as well? It April 23, 2008 72 day after Judge Breyer order? Theres still no response from Judge Breyer or order for court or stated response to my motion and defense in violation of due process.

4) Due to deadline and to February 11, 2008 motion? There should be sanctions for violation to respond 15 days after filed? Court cost and attorney filing fee standard given to plaintiff for regular expenses to file motion. Also violations to F.R.C.P. 7-2, 7-3, makes timing and filing appropriate. Defense and Judge Breyer are past allotted time constraints grant and/or respond do grant plaintiffs prayer for relief based on F.R.C.P. Rule 7-2, 7-3

Date April 23, 2008

Jonathan Grigsby Pro-Per

4/23/08

Court Clerk

File original and time stamp copy send back for my records?

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

SAN JOSE CA 950

Legal Mail    APR 2008 PM 6 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

attn: District Court Clerk
US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

J. Angolu
T-V1830 D6-205
salinas valley state prison
P.O. Box 1050
Soledad, CA