Jonathan Grigsby
T-61830  D6-205
Salinas valley state prison
P.O. Box 1050
Soledad, CA 93960

original
District Court

RECEIVED
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California

Jonathan Grigsby
Plaintiff

Notice of appeal
Civil No. CV07-2566CRB

OFFICIAL FILED

vs.
Robert Horel (Warden), Francisco Jacquez (Assoc. Warden)
Darren Bradbury (Appeals Coor./Captain) Bonnie Samples (Lieutenant/staff reviewer)
P. Terry (Lieutenant) R. Graves (Lieutenant) M. Foss (Lieutenant)
P.T. Smith (Captain) K. Cruse (Accaptain/counselor) J. Bowman (counselor)
G. Stewart (Sergeant) N. Thiem (Lieutenant/staff reviewer),
sued individual and official capacitys et al.,
Defendant(s)

MAY 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This notice hereby informing district court. That plaintiff is
formally filing motion to appeal Judge Breyer order to dismiss
filed April 22, 2008 to 9th circuit.

April 25, 2008

Jonathan Grigsby
Pro-Per