Jonathan Grigsby
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

original District Court

United States District Court
Northern District Of California

Jonathan Grigsby
Plaintiff

Notice of Appeal
Civil No. CV 07-2566 CRB

vs.

Robert Horel (Warden), Francisco Jacquez (Assoc. Warden)
Darren Bradbury (Appeals Coor./Captain) Bonnie Samples (Lieutenant/staff reviewer)
P. Terry (Lieutenant) R. Graves (Lieutenant) M. Foss (Lieutenant)
P.T. Smith (Captain) K. Cruse (a/captain/counselor) J. Browman (counselor)
G. Stewart (Sergeant) N. Thiem (Lieutenant/staff reviewer),
sued individual and official capacitys et al.,
Defendant(s)

This notice hereby informing district court. That plaintiff is formally filing motion to appeal Judge Breyer order to dismiss filed April 22, 2008 to 9th circuit.

April 25, 2008

Jonathan Grigsby
Pro-Per

RECEIVED
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA