APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02566-CRB
Internal Use Only

| | |
|---|---|
| Grigsby v. Horel | Date Filed: 05/15/2007 |
| Assigned to: Hon. Charles R. Breyer | Date Terminated: 04/22/2008 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: None |
| | Nature of Suit: 555 Prisoner: Prison Condition |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jonathan W. Grigsby**           represented by **Jonathan W. Grigsby**
                                                 T-61830
                                                 D6-205
                                                 P.O. Box 1050
                                                 Soledad, CA 93960
                                                 *PRO SE*

V.

**Defendant**

**Robert Horel**                  represented by **Jennifer J. Nygaard**
*Warden*                                         CA State Attorney General's Office
                                                 455 Golden Gate Avenue, Suite 11000
                                                 San Francisco, CA 94102-7004
                                                 415-703-5577
                                                 Fax: 415-703-5843
                                                 Email: Jennifer.Nygaard@doj.ca.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Francisco Jacquez**             represented by **Jennifer J. Nygaard**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Darren Bradbury**               represented by **Jennifer J. Nygaard**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**. P. T. Smith**  represented by  **Jennifer J. Nygaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**K. Cruise**  represented by  **Jennifer J. Nygaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**N. Threm**  represented by  **Jennifer J. Nygaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**B. Samples**  represented by  **Jennifer J. Nygaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G. Stewart**  represented by  **Jennifer J. Nygaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. Graves**  represented by  **Jennifer J. Nygaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. Browman**  represented by  **Jennifer J. Nygaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M. Foss**  represented by  **Jennifer J. Nygaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | 1 | COMPLAINT against all defendants. No Process. Filed byJonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 5/15/2007) (Entered: 05/16/2007) |
| 05/15/2007 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 5/15/2007) (Entered: 05/16/2007) |
| 05/15/2007 | 3 | Prisoner Trust Fund Account Statement by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 5/15/2007) (Entered: 05/16/2007) |
| 05/15/2007 | 4 | CERTIFICATE OF SERVICE by Jonathan W. Grigsby re 1 Complaint (mcl, COURT STAFF) (Filed on 5/15/2007) (Entered: 05/16/2007) |
| 05/15/2007 |   | CASE DESIGNATED for Electronic Filing. (mcl, COURT STAFF) (Entered: 09/20/2007) |
| 05/31/2007 | 5 | MOTION to Appoint Counsel filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 5/31/2007) (Entered: 05/31/2007) |
| 06/08/2007 |   | Received Request for early settlement program by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 06/11/2007) |
| 06/29/2007 | 6 | MOTION for Rule 26(f) meeting filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 6/29/2007) (Entered: 06/29/2007) |
| 07/05/2007 | 7 | MOTION for Rule 16-8 ADR filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 7/5/2007) (Entered: 07/05/2007) |
| 07/05/2007 | 8 | MOTION for service of complaint and summons filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 7/5/2007) (Entered: 07/05/2007) |
| 07/17/2007 | 9 | Letter dated 7/8/07 from Jonathan Grigsby re motions. (mcl, COURT STAFF) (Filed on 7/17/2007) (Entered: 07/17/2007) |
| 08/02/2007 | 10 | Letter dated 7/30/07 from Jonathan Grigsby re documents. (mcl, COURT STAFF) (Filed on 8/2/2007) (Entered: 08/02/2007) |
| 08/08/2007 | 11 | Letter dated 7/18/07 from Jonathan Grigsby. (mcl, COURT STAFF) (Filed on 8/8/2007) (Entered: 08/08/2007) |
| 08/08/2007 | 12 | Letter dated 8/4/07 from Jonathan Grigsby. (mcl, COURT STAFF) (Filed on 8/8/2007) (Entered: 08/09/2007) |
| 08/08/2007 | 13 | Letter dated 8/5/07 from Jonathan Grigsby. (mcl, COURT STAFF) (Filed on 8/8/2007) (Entered: 08/09/2007) |
| 08/09/2007 | 14 | Letter dated 7/27/07 from Jonathan Grigsby re settlement program. (mcl, COURT STAFF) (Filed on 8/9/2007) (Entered: 08/09/2007) |
| 08/21/2007 | 15 | Letter from Jonathan Grisby re previously submitted letters. (sv, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
| 08/28/2007 | 16 | ORDER by Judge Charles R. Breyer granting 2 Motion for Leave to Proceed |

| | | |
|---|---|---|
| | | in forma pauperis (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 8/28/2007) (Entered: 08/31/2007) |
| 08/28/2007 | 17 | ORDER by Judge Charles R. Breyer denying 5 Motion to Appoint Counsel ; dismissing 6 Motion a referral to magistrate judge; denying 7 Motion a referral to magistrate judge; dismissing 8 Motion for service of complaint (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 8/28/2007) (Entered: 08/31/2007) |
| 09/05/2007 | 18 | *** ERRONEOUS DOCKET ENTRY. PLEASE DISREGARD.*** INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 11/2/2007 01:30 PM. Case Management Statement due by 10/26/2007.. Signed by Judge Jeffrey S. White on 9/5/07. (jjo, COURT STAFF) (Filed on 9/5/2007) Modified on 9/20/2007 (mcl, COURT STAFF). (Entered: 09/05/2007) |
| 09/19/2007 | 19 | MOTION seeking status of Attorney General response filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 9/19/2007) (Entered: 09/20/2007) |
| 09/26/2007 | 20 | MOTION Seeking Property and Extension of Time to File filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 9/26/2007) (Entered: 09/27/2007) |
| 10/01/2007 | 21 | MOTION for Extension of Time and Order to Compel Pelican Bay filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/02/2007) |
| 10/09/2007 | 22 | MOTION for Court order filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 10/9/2007) (Entered: 10/09/2007) |
| 10/12/2007 | 23 | MOTION seeking exhibits and evidence filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 10/12/2007) (Entered: 10/12/2007) |
| 10/18/2007 | 24 | MOTION to Compel filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 10/18/2007) (Entered: 10/18/2007) |
| 11/02/2007 | 26 | SUMMONS Returned Executed J. Browman served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 27 | SUMMONS Returned Executed R. Graves served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 28 | SUMMONS Returned Executed M. Foss served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 29 | SUMMONS Returned Executed Francisco Jacquez served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 30 | SUMMONS Returned Executed Robert Horel served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 31 | SUMMONS Returned Executed N. Threm served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 32 | SUMMONS Returned Executed K. Cruise served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 33 | SUMMONS Returned Executed P. T. Smith served on 9/19/2007, answer due 10/9/2007. *Acknolwedged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 34 | SUMMONS Returned Executed Darren Bradbury served on 9/19/2007, answer due 10/9/2007. *Acknolwedged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 35 | SUMMONS Returned Executed G. Stewart served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/02/2007 | 36 | SUMMONS Returned Executed B. Samples served on 9/19/2007, answer due 10/9/2007. *Acknowledged receipt of summons on 10/17/07.* (mcl, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/06/2007) |
| 11/05/2007 | 25 | MOTION to Stay filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 11/5/2007) (Entered: 11/05/2007) |
| 11/06/2007 | 37 | MOTION for Disclosure filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/08/2007 | 38 | DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL by P. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Nygaard, Jennifer) (Filed on 11/8/2007) Modified on 11/9/2007 (mcl, COURT STAFF). (Entered: 11/08/2007) |
| 11/08/2007 | 39 | CERTIFICATE OF SERVICE by P. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury re 38 Waiver of reply. (Nygaard, Jennifer) (Filed on 11/8/2007) Modified on 11/9/2007 (mcl, COURT STAFF). (Entered: 11/08/2007) |
| 11/16/2007 | 40 | ORDER by Judge Charles R. Breyer denying 19 Motion for status of response ; denying 20 Motion for Extension of Time to File; denying 21 Motion for Extension of Time to File; denying 22 Motion for Court Order; denying 23 Motion seeking exhibits & evidence; denying 24 Motion to Compel; denying 25 Motion to Stay; denying 37 Motion for Disclosure (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 11/16/2007) (Entered: 11/20/2007) |
| 11/21/2007 | 41 | MOTION for Discovery, MOTION for Sanctions filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 11/21/2007) (Entered: |

| | | |
|---|---|---|
| | | 11/26/2007) |
| 11/21/2007 | 42 | Letter from Jonathan Grigsby re enclosed motion to compel. (mcl, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/26/2007) |
| 11/21/2007 | 43 | MOTION to Compel filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/26/2007) |
| 11/26/2007 | 44 | First MOTION to Dismiss *Defendants' Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities* filed by P. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Nygaard, Jennifer) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/26/2007 | 45 | **\*\*\* EXHIBIT B and EXHIBIT C Removed per 55 Order \*\*\***<br>Declaration of C. Wilber in Support of 44 First MOTION to Dismiss *Defendants' Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities* filed byP. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Attachments: # 1 Exhibit A# Exhibit B# Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Related document(s) 44 ) (Nygaard, Jennifer) (Filed on 11/26/2007) Modified on 12/5/2007 (mcl, COURT STAFF). (Entered: 11/26/2007) |
| 11/26/2007 | 46 | Declaration of N. Grannis in Support of 44 First MOTION to Dismiss *Defendants' Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities* filed byP. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Related document(s) 44 ) (Nygaard, Jennifer) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/26/2007 | 47 | Proposed Order re 44 First MOTION to Dismiss *Defendants' Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities Proposed Order Granting Defendants' Motion to Dismiss* by P. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Nygaard, Jennifer) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/29/2007 | 48 | First MOTION to Remove Incorrectly Filed Document filed by P. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Nygaard, Jennifer) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | 49 | Proposed Order re 48 First MOTION to Remove Incorrectly Filed Document *Proposed Order Granting Defendants' Motion to Remove An Incorrectly Filed Document* by P. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Nygaard, Jennifer) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | 50 | Declaration of C. Wilber in Support of 44 First MOTION to Dismiss |

| | | |
|---|---|---|
| | | *Defendants' Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities* filed byP. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Attachments: # 1 Exhibit A# 2 Exhibit B (Redacting pp 7-15)# 3 Exhibit C (Redacting p. 3)# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Related document(s) 44 ) (Nygaard, Jennifer) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | 51 | CERTIFICATE OF SERVICE by P. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury re 50 Declaration in Support, 44 Motion to dismiss, 46 Declaration of N. Grannis and 47 Proposed Order. (Nygaard, Jennifer) (Filed on 11/29/2007) Modified on 11/30/2007 (mcl, COURT STAFF). (Entered: 11/29/2007) |
| 11/30/2007 | 52 | Letter dated 11/27/07 from Jonathan Grigsby re enclosed motion. (mcl, COURT STAFF) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 11/30/2007 | 53 | MOTION for Order compelling Discovery and Request for Production of Documents filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 12/03/2007 | 54 | ORDER by Judge Charles R. Breyer denying 41 Motion for Discovery; denying 41 Motion for Sanctions; denying 43 Motion to Compel (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/04/2007) |
| 12/04/2007 | 55 | ORDER by Judge Charles R. Breyer granting 48 Motion to Remove Incorrectly Filed Document (be, COURT STAFF) (Filed on 12/4/2007) (Additional attachment(s) added on 12/4/2007: # 1 Certificate of Service) (be, COURT STAFF). (Entered: 12/04/2007) |
| 12/06/2007 | 56 | ORDER by Judge Charles R. Breyer granting in part 53 Motion for an order compelling discovery. (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 12/6/2007) (Entered: 12/10/2007) |
| 12/11/2007 | 57 | MOTION to Dismiss filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/11/2007 | 58 | Declaration of Jonathan Grigsby in Support of 57 MOTION to Dismiss filed byJonathan W. Grigsby. (Related document(s) 57 ) (mcl, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/11/2007 | 59 | CERTIFICATE OF SERVICE by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/11/2007 | 60 | MOTION seeking status filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/11/2007 | 61 | Declaration of Jonathan Grigsby in Support of 57 MOTION to Dismiss filed byJonathan W. Grigsby. (Related document(s) 57 ) (mcl, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/14/2007 | 62 | ORDER by Judge Charles R. Breyer denying 57 Motion to Dismiss; denying |

|  |  |  |
|---|---|---|
|  |  | 60 Motion for a status report (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 12/14/2007) (Entered: 12/17/2007) |
| 12/14/2007 |  | Received Letter re discovery by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 12/17/2007) |
| 12/14/2007 |  | Received Request re response to Order filed 12/3/07 by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 12/17/2007) |
| 12/20/2007 |  | Received Motion for extension of time by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 12/26/2007) |
| 01/02/2008 | 63 | ORDER GRANTING in part plaintiff's request for an extension to file an opposition to defendants' motion for dismissal re Received Document filed by Jonathan W. Grigsby (Planitiff's opposition due by 2/29/08. Defendant's reply due within 15 days thereafter.). Signed by Judge Charles R. Breyer on 12/28/07. (Attachments: # 1 Certificate of Service)(fj, COURT STAFF) (Filed on 1/2/2008) (Entered: 01/02/2008) |
| 01/07/2008 |  | Received Request for appointment of counsel by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 01/08/2008) |
| 01/17/2008 |  | Received Request for default judgment by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 01/23/2008) |
| 01/24/2008 | 64 | Letter dated 12/23/07 from Jonathan Grigsby to Judge Henderson. (mcl, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 01/25/2008 | 65 | ORDER. Signed by Judge Charles R. Breyer on 1/25/08. (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/28/2008) |
| 01/25/2008 | 66 | Memorandum in Opposition re 44 First MOTION to Dismiss *Defendants' Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities* filed byJonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/29/2008) |
| 02/04/2008 |  | Received Letter to Judge Henderson by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 02/05/2008) |
| 02/06/2008 | 67 | Reply to Opposition *Reply to 66 Plaintiff's Opposition to Defendants' Motion to Dismiss* filed byP. T. Smith, K. Cruise, N. Threm, B. Samples, G. Stewart, R. Graves, J. Browman, M. Foss, Robert Horel, Francisco Jacquez, Darren Bradbury. (Nygaard, Jennifer) (Filed on 2/6/2008) Modified on 2/7/2008 (mcl, COURT STAFF). (Entered: 02/06/2008) |
| 02/19/2008 |  | Received Document by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 02/21/2008) |
| 02/22/2008 |  | Received Letter dated 2/20/08 by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 04/24/2008) |
| 03/19/2008 |  | Received Letter to Judge Breyer by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 03/20/2008) |
|  |  |  |

| | | |
|---|---|---|
| 03/26/2008 | | Received Letter re attached request for default judgment by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 03/27/2008) |
| 04/17/2008 | | Received Letter dated 4/15/08 re attached documents by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 04/18/2008) |
| 04/22/2008 | 68 | ORDER by Judge Charles R. Breyer granting 44 Motion to Dismiss (Attachments: # 1 Certificte of Service) (be, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 04/22/2008 | 69 | CLERK'S JUDGMENT in favor of B. Samples, Darren Bradbury, Francisco Jacquez, G. Stewart, J. Browman, K. Cruise, M. Foss, N. Threm, P. T. Smith, R. Graves, Robert Horel against Jonathan W. Grigsby (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 04/22/2008 | | (Court only) ***Civil Case Terminated. (mcl, COURT STAFF) (Entered: 04/23/2008) |
| 04/28/2008 | | Received Letter dated 4/22/08 by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 04/29/2008) |
| 04/28/2008 | 70 | CERTIFICATE OF SERVICE re motion for sanctions by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 4/28/2008) (Entered: 04/29/2008) |
| 04/30/2008 | | Received Letter dated 4/28/08 re attached document by Jonathan W. Grigsby. (mcl, COURT STAFF) (Entered: 04/30/2008) |
| 05/05/2008 | 71 | NOTICE OF APPEAL as to 68 Order on Motion to Dismiss by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 5/5/2008) (Entered: 05/06/2008) |
| 05/06/2008 | 72 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 71 Notice of Appeal. (mcl, COURT STAFF) (Additional attachment(s) added on 5/6/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 05/06/2008) |
| 05/06/2008 | 73 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Entered: 05/06/2008) |
| 05/06/2008 | 74 | Certificate of Record Mailed to USCA re appeal 71 . (mcl, COURT STAFF) (Filed on 5/6/2008) (Entered: 05/06/2008) |