1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JONATHAN W. GRIGSBY,                    )
                                            )
11              Plaintiff(s),                )        No. C 07-2566 CRB (PR)
                                            )
12        v.                                 )        ORDER
                                            )
13   ROBERT HOREL, et al.,                   )
                                            )
14              Defendant(s).                )
     _____        )
15

16          Plaintiff has submitted a motion for reconsideration and a notice of appeal

17   following the court's April 22, 2008 order granting defendants' motion to dismiss

18   for failure to exhaust available administrative remedies.  Plaintiff's motion for

19   reconsideration is DENIED.  See Twentieth Century - Fox Film Corp. v.

20   Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981) (motions for reconsideration are

21   not a means of attacking some perceived error of the court).  Nothing in plaintiff's

22   motion requires a different conclusion than that reached by the court in its April

23   22, 2008 order.  The clerk shall process the notice of appeal.

24   SO ORDERED.

25   DATED:  May 13, 2008          _____
                                          CHARLES R. BREYER
26                                        United States District Judge

27

28   G:\PRO-SE\CRB\CR.07\Grigsby1.recon.wpd