IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. GRIGSBY,       )<br>                                              )<br>           Plaintiff(s),         )<br>                                              )<br>     v.                                    )<br>                                              )<br>ROBERT HOREL, et al.,      )<br>                                              )<br>           Defendant(s).       )<br>_____ ) | No. C 07-2566 CRB (PR)<br><br>ORDER |

Plaintiff has submitted a motion for reconsideration and a notice of appeal following the court's April 22, 2008 order granting defendants' motion to dismiss for failure to exhaust available administrative remedies. Plaintiff's motion for reconsideration is DENIED. See Twentieth Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981) (motions for reconsideration are not a means of attacking some perceived error of the court). Nothing in plaintiff's motion requires a different conclusion than that reached by the court in its April 22, 2008 order. The clerk shall process the notice of appeal.

SO ORDERED.

DATED: May 13, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby1.recon.wpd