**RECEIVED**

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY - 8 2008

FILED _____
DOCKETED _____
        DATE    INITIAL

May 6, 2008

**CASE INFORMATION:**
Short Case Title: JONTHAN W GRIGSBY -v- ROBERT HOREL
Court of Appeals No. (leave blank if unassigned)
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-02566 CRB (PR)
Date Complaint/Indictment/Petition Filed: 5/15/07
Date Appealed order/judgment entered 4/22/08
Date NOA filed 5/5/08
Date(s) of Indictment Plea Hearing Sentencing

08-16150

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: not applicable

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted: 8/28/07                 Date FP denied:
Is FP pending? ☐ yes ☐ no                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address) See Docket Sheet
Appellate Counsel:                       Appellee Counsel:
Jonathan W. Grigsby                      Jennifer J. Nygaard
T-61830 D6-205                           CA State Attorney General's Office
Salinas Valley State Prison              455 Golden Gate Ave., Suite 11000
P.O. Box 1050                            San Francisco, CA 94102
Soledad, CA 93960

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAY 0 8 2008

FILED _____
DOCKETED _____
            DATE      INITIAL

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 6, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-02566 CRB (PR)**

**CASE TITLE: JONTHAN W GRIGSBY-v-ROBERT HOREL ET AL**

USCA Case Number: 08-16150

Dear Sir/Madam:

Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

cc: Counsel of Record