**FILED**

JUN 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 12 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

JONATHAN W. GRIGSBY,

Plaintiff - Appellant,

v.

ROBERT HOREL; et al.,

Defendants - Appellees.

No. 08-16150

D.C. No. 3:07-CV-02566-CRB
Northern District of California,
San Francisco

**ORDER**

Appellant Jonathan W. Grigsby, prison identification number T-61830, has

been granted leave to proceed in forma pauperis in this appeal and has completed

and filed the required authorization form directing the appropriate prison officials

to assess, collect, and forward to the district court the filing and docketing fees for

this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2). This court hereby assesses

an initial filing fee of 20 percent of the greater of (A) the average monthly deposits

to the prisoner's account; or (B) the average monthly balance in the prisoner's

account for the six-month period immediately preceding the filing of the May 5,

2008 notice of appeal. Appellant is not responsible for payment when the funds in

appellant's prison trust account total less than $10, but payments must resume

when additional deposits are made or funds are otherwise available.

The Clerk shall serve this order and appellant's completed authorization

form on the Attorney General for the State of California, P. O. Box 944255,

Sacramento, California 94244-2550, who shall notify the appropriate agency or

prison authority responsible for calculating, collecting, and forwarding the initial

payment assessed in this order and for assessing, collecting, and forwarding the

remaining monthly payments of the fee to the district court for this appeal. See 28

U.S.C. § 1915(b)(2). Each payment should be accompanied by the district court

and appellate docket numbers for this appeal and a record of previous payments

made for this appeal.

The Clerk shall also serve a copy of this order on the clerk and the financial

unit of the district court.

Appellant's motion for appointment of counsel will be addressed by a

separate order.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk